

Suffolk Superior Civil # 04-2490

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH BOOK, )
    Plaintiff )
 )
v. ) Civil Action No.
 ) 2004-2490
DEPARTMENT OF STATE POLICE, )
COMMONWEALTH OF MASSACHUSETTS, )
STATE TROOPER KURT M. FERRAZANI )
(No. 2355), STATE TROOPER SMITH (No. 2586) )
STATE TROOPER MACKENZIE (No. 1138), and ) 04-11557-RCL
STATE TROOPER HENNIGAN (ID unknown). )
    Defendants )

NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant State Trooper Kurt Ferrazzani, gives Notice of Removal to this Court of an action brought against him in the Massachusetts Superior Court of Suffolk County. In support thereof, Kurt Ferrazzani states the following:

1. The removing party is a Defendant in the above-entitled action.

2. On or about June 7, 2004, the Plaintiff commenced in this action in the Suffolk Superior Court of the Commonwealth of Massachusetts. A copy of the Complaint of Civil Action No. 04-2490 is attached as Exhibit A.

3. On or about June 30, 2004, Defendant Ferrazani was served with the Complaint. A copy of his summons is attached as Exhibit B.

4. A responsive pleading has not been filed in the state court.

5. This notice is filed in this Court within thirty (30) days after the Defendant's receipt of the Complaint served by Plaintiff Book.

6. The above-entitled action is a civil rights action for damages to the Plaintiff as a result of his arrest for operating under the influence of alcohol.

7. This Court has original jurisdiction in the above-entitled action pursuant to 28 U.S.C. § 1331, and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441.

8. The Commonwealth is not subject to the jurisdiction of this Court for the claims asserted in the complaint by virtue of the Eleventh Amendment to the United States Constitution. See Pennhurst State School and Hospital v. Halderman, 465 U.S. 89, 121 (1984). For this reason, it is not necessary to obtain the consent of the Commonwealth in this Notice of Removal, nor has the Commonwealth given its consent to removal. Hill v. City of Boston, 706 F.Supp. 966, 968 (1989).

9. No other Defendants named in this action have filed an appearance in this action.

10. Notice of Removal will be given to all counsel of record promptly after filing this notice, and true and accurate copy of this notice will be filed with the clerk of the Superior Court for Suffolk County, Massachusetts.

11. Pursuant to Local Rule 81.1, certified or attested copies of all records, proceedings, and docket entries in the state court will be filed in this Court within 30 days.

WHEREFORE, Defendant gives notice of the removal of all claims against him from the Superior Court of Suffolk County, Massachusetts to this Court. Claims against the Commonwealth should remain in State Court.

Respectfully submitted,
For Defendant Kurt Ferrazzani,
By his Attorney,

_____
Joseph P. Kittredge, Esquire
BBO #548841
LAW OFFICES OF TIMOTHY M. BURKE
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail, postage pre-paid.

Date: 7-11-04

I HEREBY ATTEST AND CERTIFY ON
JULY 21, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____
ASSISTANT CLERK.

MAS-20030912　　　　　　　Case 1:04-cv-11557-RCL   Document 2   Filed 08/02/2004   Page 4 of 5　　　07/20/2004
guen　　　　　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　　　　　　　　10:41 AM
　　　　　　　　　　　　　　　　　　　　SUFFOLK SUPERIOR COURT
　　　　　　　　　　　　　　　　　　　　　　Case Summary
　　　　　　　　　　　　　　　　　　　　　　 Civil Docket

## SUCV2004-02490
### Book v Department of State Police of Comm of Mass et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 06/07/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 07/20/2004 | **Session** | B - Civil B | | |
| **Origin** | 1 | **Case Type** | E99 - Miscellaneous | | |
| **Lead Case** | | **Track** | X | | |
| **Service** | 09/05/2004 | **Answer** | 11/04/2004 | **Rule12/19/20** | |
| **Rule 15** | | **Discovery** | | **Rule 56** | |
| **Final PTC** | 12/04/2004 | **Disposition** | 01/03/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Joseph Book
15 Court Sq
Boston, MA 02108
Phone: 617-367-2220
Active 06/07/2004 Notify

**Defendant**
Department of State Police of Comm of Mass
Service pending 06/07/2004

**Atty General's Office 638672**
Ranjana Chand Burke
Mass Atty General's Office
1 Ashbuton Place, Rm. 1813
Government Bureau/Trial Division
Boston, MA 02108
Phone: 617-727-2200
Fax: 617-727-3076
Active 07/02/2004 Notify

**Defendant**
Trooper Kurt M Ferrazani, ID No 2355
Service pending 06/07/2004

**Atty General's Office 548841**
Joseph P Kittredge
Burke Law Offices (Timothy M)
160 Gould Street
Suite 111
Needham Heights, MA 02494
Phone: 781-455-0707
Fax: 781-455-8879
Active 07/20/2004 Notify

**Defendant**
Trooper MacKenzie, ID No 1138
Service pending 06/07/2004

MAS-20030912
guen

Case 1:04-cv-11557-RCL   Document 2   Filed 08/02/2004   Page 5 of 5

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

07/20/2004
10:41 AM

## SUCV2004-02490
### Book v Department of State Police of Comm of Mass et al

**Defendant**
Trooper Smith, ID No 2586
Service pending 06/07/2004

**Defendant**
Trooper Hennigan
Service pending 06/07/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/07/2004 | 1.0 | Complaint & jury demand on complaint |
| 06/07/2004 | | Origin 1, Type E99, Track X. |
| 06/07/2004 | 2.0 | Civil action cover sheet filed |
| 07/19/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. Kurt Ferrazani U. S. Dist.#(04CV-11557RCL). |
| 07/20/2004 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

I HEREBY ATTEST AND CERTIFY ON

JULY 21, 2004, THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: *[signature]*

ASSISTANT CLERK.