UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BOOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Act. No. 04CV-11557RCL |
| ) | |
| DEPARTMENT OF STATE POLICE, ) | |
| COMMONWEALTH OF MASSACHUSETTS, ) | |
| and STATE TROOPER KURT M. ) | |
| FERRAZANI (No. 2355), STATE TROOPER ) | |
| SMITH (No. 2586), STATE TROOPER ) | |
| MACKENZIE (No. 1138), and STATE ) | |
| TROOPER HENNIGAN (ID unknown), ) | |
| ) | |
| Defendants. ) | |

**DEPARTMENT OF STATE POLICE - COMMONWEALTH OF MASSACHUSETTS'S MOTION TO DISMISS**

Pursuant to Mass R. Civ. P. 12(b)6 the defendant, the Department of State Police - Commonwealth of Massachusetts ("Commonwealth"), hereby moves to dismiss plaintiff's complaint against the Commonwealth of Massachusetts because such claims are barred by the Eleventh Amendment.

The attached Memorandum of Law is filed in support of this Motion.

                                          COMMONWEALTH OF MASSACHUSETTS
                                          By its Attorneys

                                          THOMAS F. REILLY
                                          ATTORNEY GENERAL


                                          _____
                                          Ranjana Chand Burke, BBO#638672
                                          Assistant Attorney General
                                          200 Portland Street
                                          Boston, MA 02114
                                          (617) 727-2200 x 3318


DATED:       September 8, 2004