# Ex. 1

**Trial Court Information Center**
Commonwealth of Massachusetts

Home » County Inquiry > Civil Docket Search » Docket Details > Docket EntriE

# Book v Department of State Police of Comm of Mass et

**5 Docket Entries for Docket: SUCV2004-02490**   Click docket entry to full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 1 | 06/07/2004 | 1 | Complaint &jury demand on complaint |
| 2 | 06/07/2004 |   | Origin 1, Type E99, Track X. |
| 3 | 06/07/2004 | 2 | Civil action cover sheet filed |
| 4 | 07/19/2004 |   | Certified copy of petition for removal to U. S. Court of Deft. |
| 5 | 07/20/2004 |   | Case REMOVED this date to US District Court Massachusetts |

**Docket Details:**    **Parties**    **Attorneys**    **Docket Entries**    **Calendar Eveni**

**Print Docket**

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001

Terms c
System data reflects current ad

» **Logout**