FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT of MASSACHUSETTS    2004 SEP 27  P 4: 14

U.S. DISTRICT COURT
Civil Action No. 04-CV-11557-RCL
DISTRICT OF MASS.

JOSEPH BOOK,
Plaintiff

V.

DEPARTMENT OF STATE POLICE,
COMMONWEALTH OF MASSACHUSETTS and
STATE TROOPER KURT M. FERRAZANI (No. 2355), STATE TROOPER SMITH
(No. 2586), STATE TROOPER MACKENZIE (No. 1138), and STATE TROOPER
HENNIGAN (ID unknown),
Defendants

NOTICE OF APPEARANCE

Please enter my appearance on behalf of the plaintiff, Joseph Book in the above captioned matter.

Carole A.Z. Root
449 Broadway
Everett, MA  02149
617 381-1188
BBO# 426990

CC: Ranjana Chand Burke
    Assistant Attorney General
    200 Portland Street
    Boston, MA 02114

    Joseph P. Kittredge, Esq.
    Needham Corporate Center
    160 Gould Street, Suite 111
    Needham, MA 02494

    Joseph Book, Esq.
    15 Court Square
    Boston, MA 02108