UNITED STATES DISTRICT COURT
DISTRICT of MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 SEP 27 P 4:14
U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 04cv11557RCL

JOSEPH BOOK,
Plaintiff

V.

DEPARTMENT OF STATE POLICE,
COMMONWEALTH OF MASSACHUSETTS and
STATE TROOPER KURT M. FERRAZANI (No. 2355), STATE TROOPER SMITH (No. 2586), STATE TROOPER MACKENZIE (No. 1138), and STATE TROOPER HENNIGAN (ID unknown),
Defendants

## MOTION TO REMAND TO STATE COURT

Now comes the plaintiff who asks that the case before the United States District Court of Massachusetts, District of Massachusetts be remanded to the Massachusetts Superior Court for Suffolk County. The grounds for the motion are as follows:

1. The plaintiff chose to file the case in Massachusetts Court System because it is the Court, which can judge all issues and parties before it.

2. The plaintiff complied with the Massachusetts General laws chapter 258 Sec, 1 et al to be able to sue all parties.

3 the plaintiff will lose a right to proceed against the Commonwealth, if the commonwealth's motion to dismiss is allowed.

Respectfully submitted by Plaintiff,

Carole A.Z. Root
BBO# 426990
449 Broadway
Everett, MA 02149
617-381-1188