FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT of MASSACHUSETTS

2004 OCT -7 P 4: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No: 04CV-11557RCL

JOSEPH BOOK,
Plaintiff
V.
DEPARTMENT OF STATE POLICE,
COMMONWEALTH OF MASSACHUSETTS and
STATE TROOPER KURT M. FERRAZANI (No. 2355), STATE TROOPER SMITH (No. 2586), STATE TROOPER MACKENZIE (No. 1138), and STATE TROOPER HENNIGAN (ID unknown),
Defendants

## MOTION FOR SUMMONSES

Now comes the plaintiff who asks that the Clerk's Office of the United States District Court issue three summonses to complete service on Defendant State Troopers, Smith, MacKenzie and Hennigan. Good faith Services were attempted in June, but only State Trooper Ferrazani was served. Service was attempted through the Main Office of the Department of State Police. (See attached letter)

The plaintiff has located Troopers Smith, MacKenzie and Hennigan, but removal by State Trooper Ferrazani to Federal Court intervened on July 13, 2004. The plaintiff after having located the State Troopers has not been able to obtain a new summonses from the Federal District Court. The time is within 120 days of the removal to the Federal District Court.

WHEREFORE, the plaintiff asks that he be issued 3 summonses to be able to serve the three remaining defendants.

Certificate of Service
I hereby certify that a copy of the above document was served upon the Attorney of Record for each party.
By_____ on _10/7/04_

_Carole A. Z. Root_

_Carole A. Z. Root_
Joseph Book in association with
Carole A.Z. Root
449 Broadway
Everett, MA 02149
617-381-1188
BBO# 426990

10/7/04 Not opposed by Attorney R.C. Burke, for the Commonwealth and Attorney J. Kittredge for State Troopper Ferrazani.

_Carole A. Z. Root_