FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT of MASSACHUSETTS

2004 OCT -7 P 4: 24

Civil Action No. 04CV-11557RCL
U.S. DISTRICT COURT
DISTRICT OF MASS.

JOSEPH BOOK,
Plaintiff

V.

DEPARTMENT OF STATE POLICE,
COMMONWEALTH OF MASSACHUSETTS and
STATE TROOPER KURT M. FERRAZANI (No. 2355), STATE TROOPER SMITH (No. 2586), STATE TROOPER MACKENZIE (No. 1138), and STATE TROOPER HENNIGAN (ID unknown),
Defendants

## AFFIDAVIT IN SUPPORT OF MOTION

I, Carole A.Z. root have been trying to locate the duty station of the three remaining defendants. Two are stationed at the Troop A in Andover, MA and Trooper P. Hennigan at the Headquarters Troupe.

The process of finding locations for these people were based on incorrect ID for State Trooper Smith and relocation of State Trooper Hennigan with confusion with another similarly named trooper.

Once Summonses are obtained, the service can be done within 7 business days.

I requested Summonses from the Clerk's Office in August after I knew of the removal. I was told they would be mailed out. On or about September 5, 2004, I was told that representing the plaintiff who had not removed, I could not get an U.S. District Court Summons. I can not get a Summons from State Court either as the case is removed.

Signed this 7th day of October, 2004 under the pains and penalties of perjury.

Carole A.Z. Root
449 Broadway
Everett, MA 02149
617-381-1188

07/16/2004  16:17    6175238203                    MELVIN FOSTER EDSSA                         PAGE  01

Post-it Fax Note  7671    Date 7/16/04   # of pages ▶ 1
To CAROL ___ ESQ           From L Book
Co./Dept.                  Co.
Phone # 617-357-1188       Phone # 617-367-2220
Fax # 617-357-9194         Fax # 617-523-8203

Fifteen Court Square, Suite 840
Boston, MA  02108
Tel:  (617) 367-2220
Fax:  (617) 523-8203

June 15, 2004

MIDDLESEX SHERIFF'S OFFICE
P.O. Box 827
188 Concord Street
Framingham, MA  01701

RE:  Joseph Book v. Commonwealth of MA et als
     Suffolk Superior Court, C.A. No. 04-2490B

Dear Sir or Madam:

Please serve the enclosed Summons' and Complaints on the following defendants:

* Department of State Police;
* State Trooper Kurt M. Ferrazani (No. 2355);
* State Trooper Smith (No. 2586);
* State Trooper MacKenzie (No. 1138); and
* State Trooper Hennigan (Id. No. Unknown)

Service on all of the above defendants can be made at 470 Worcester Road, Framingham, MA  01701.

Once service has been made, kindly submit your bill for payment.

Thank you for your assistance.

Very truly yours,

Joseph Book

JB/eh
Enclosures