UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV-11557 RCL

| | |
|---|---|
| JOSEPH BOOK, | ) |
| Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| DEPARTMENT OF STATE POLICE, | ) |
| COMMONWEALTH OF MASSACHUSETTS, | ) |
| and STATE TROOPER KURT M. FERRAZANI, | ) |
| STATE TROOPER MACKENZIE, and | ) |
| STATE TROOPER HENNIGAN, | ) |
| Defendants | ) |

---

DEFENDANT KURT FERRAZANI'S OPPOSITION TO
PLAINTIFF'S MOTION TO REMAND

---

Now comes the Defendant Kurt Ferrazani and hereby respectfully opposes

Plaintiff's Motion to Remand this case to state court.

Defendant states that this Court is a proper forum to hear this matter pursuant to

28 U.S.C. § 1447(c) and as such Plaintiff is not entitled to have his case against the

Defendant Massachusetts State Police Officers remanded to state court.

Defendant further relies on his memorandum of law filed herewith.

Respectfully submitted
For Defendant Kurt Ferrazani,

By his attorney,

Joseph P. Kittredge, Esq.
BBO #548841
160 Gould Street
Needham, MA 02494
(781) 455-0707

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail, postage prepaid.

Date:    10/6/04