# UNITED STATES DISTRICT COURT

District of _____

V.

SUMMONS IN A CIVIL ACTION

04 CV 11557 RCL

CASE NUMBER:

TO: (Name and address of Defendant)

Trooper Albert McKenzie
C/O Headquaters A
485 Maple St
Andover, MA 01928

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carol A. Z Root
449 Broadway
Everett, MA 02149

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE 11/4/04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 11/24/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carole A. Z. Root | Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By agreement service accepted by Attorney Joseph Kittredge

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/24/04
Date

Signature of Server: Carole A. Z. Root

Address of Server: 449 Broadway Everett, MA 02149

Service accepted by Agreement of Atty Joseph Kittredge

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.