AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

V.

SUMMONS IN A CIVIL ACTION

04 11557 RCL

CASE NUMBER:

TO: (Name and address of Defendant)

*Trooper P. Hennigan*
*State Police Headquarters*
*410 Worcester Rd*
*Framingham, MA*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*Carlo A 3 Root*
*449 Broadway*
*Everett, MA 02149*

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  *11/4/04*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/16/04 |
|---|---|
| NAME OF SERVER *(PRINT)* CAROLE A.Z. Root | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by agreement to Attorney Joseph Kittredge by first class mail

### STATEMENT OF SERVICE FEES

| TRAVEL —0— | SERVICES mailed by first class postage pd | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/16/04    _Carole A Z Root_
       Date           *Signature of Server*

        449 Broadway, Everett, MA 02151
        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.