UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV-11557 RCL

| | |
|---|---|
| JOSEPH BOOK,<br>    Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| DEPARTMENT OF STATE POLICE,<br>COMMONWEALTH OF MASSACHUSETTS,<br>and STATE TROOPER KURT M. FERRAZANI,<br>STATE TROOPER MACKENZIE, and<br>STATE TROOPER HENNIGAN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Now come the parties to the above-entitled action and hereby agree that the time within which Defendants P. Hennigan and L. Smith may respond to Plaintiff's Complaint be extended up to and including December 31, 2004.

Respectfully submitted,

For Plaintiff Joseph Book,
By his attorney,

_____
Carole A.Z. Root
449 Broadway
Everett, MA 02149
617-381-1188

For Defendants K. Ferrazani, MacKenzie
and Hennigan,
By their attorney,

_____
Joseph P. Kittredge, Esquire
BBO #548841
160 Gould Street
Needham, MA 02494
(781) 455-0707

## Certificate of Service

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail, postage prepaid.

Date: 12/9/04