UNITED STATES DISTRICT COURT
DISTRICT of MASSACHUSETTS

Civil Action No: 04CV-11557RCL

JOSEPH BOOK,
Plaintiff

V.

DEPARTMENT OF STATE POLICE,
COMMONWEALTH OF MASSACHUSETTS and
STATE TROOPER KURT M. FERRAZANI (No. 2355), STATE TROOPER SMITH (No. 2586), STATE TROOPER MACKENZIE (No. 1138), and STATE TROOPER HENNIGAN (ID unknown),
Defendants

    Plaintiff's motion to file Pretrial Memorandum late

    Now comes Plaintiff's attorney who asks to file her pretrial memorandum late. The reasons for being late are that the attorney who is a solo practitioner has had a bout with the flu which delayed preparation of her paperwork. The memorandum is complete and has been sent to all participating attorneys.

    Plaintiff's Attorney

    *Carole A. Z. Root*
    Carole A. Z. Root, BBO # 426990
    449 Broadway
    Everett, MA 02149
    617-381-1188