UNITED STATES DISTRICT COURT
DISTRICT of MASSACHUSETTS

Civil Action No: 04CV-11557RCL

JOSEPH BOOK,
Plaintiff

V.

DEPARTMENT OF STATE POLICE,
COMMONWEALTH OF MASSACHUSETTS and
STATE TROOPER KURT M. FERRAZANI (No. 2355), STATE TROOPER SMITH (No. 2586), STATE TROOPER MACKENZIE (No. 1138), and STATE TROOPER HENNIGAN (ID unknown),
Defendants

Affidavit of Attorney

I, Carole A. Z. Root, am a member in good standing with the Massachusetts Bar Overseers and the Bar of the District Court of Massachusetts do depose and state the following:

I have spoken to my client in relationship to settlement talks. I have relayed his thoughts to the defendants' attorney in writing. My client is presently out of state, and will not return until the end of April. I am able to reach him by telephone. He has heard the proposed timetable and agrees to it.

Signed this 15th day of February 2005, under the pains and penalties of perjury.

Carole A. Z. Root