UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO: 04-CV-11557

JOSEPH BOOK, plaintiff

v.

DEPARTMENT OF STATE POLICE, et al, defendants

PLAINTIFF'S REQUEST FOR EXTENSION OF TIME

Plaintiff's request for extension of time to final pre-trial conference. Due to unavoidable health problems of both the plaintiff and his attorney, discovery has started very late. The plaintiff asks that the final pre-trial conference be extended to September, 2006. An affidavit of the attorney is attached hereto state the cause of the delay.

By Plaintiff's Attorney,

Carole A.Z. Root BBO# 426990
449 Broadway
Everett, MA 02149
617-381-1188

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO: 04-CV-11557

JOSEPH BOOK, plaintiff

V.

DEPARTMENT OF STATE POLICE, et al, defendants

CERTIFICATE OF SERVICE

I, Carole A.Z. Root, attorney for the plaintiff do hereby certify that I mailed postage pre paid, Plaintiff's Request for Extension of Time to:

J. Kittredge, Esq.
Law Office of Timothy Burke
160 Gould Street  Suite 111
Needham, MA 02494-8879

*Carole A.Z. Root*
Carole A.Z. Root
449 Broadway
Everett, MA 02149
617-381-1188
BBO# 426990