UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO: 04-CV-11557

JOSEPH BOOK, plaintiff

V.

DEPARTMENT OF STATE POLICE, et al, defendants

AFFIDAVIT IN SUPPORT

I, Carole A.Z. Root, the plaintiff's attorney in this case do depose and state as follows:

On May 2, 2005 I fell at my home and suffered a fractured humerus. When the ambulance ride reached the hospital, the ambulance attendants dropped the stretcher I was on. I fell to the already injured shoulder resulting in a damaged rotator cuff.

When I began to be able to work again full time in the fall of 2005, my client began to have severe mobility problems which resulted in extensive evaluation care and physical therapy which made him unavailable to early this month.

Discovery is expected to proceed quickly, but more time is needed.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this _____ day of April, 2006.

_____
Carole A.Z. Root
449 Broadway
Everett, MA 02149
617-381-1188
BBO# 426990