UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO: 04-CV-11557

JOSEPH BOOK,
Plaintiff

V.

DEPARTMENT OF STATE POLICE,
COMMONWEALTH OF MASSACHUSETTS and
STATE TROOPER KURT M. FERRAZANI (No. 2355), STATE TROOPER SMITH
(No. 2586), STATE TROOPER MACKENZIE (No. 1138), and
STATE TROOPER HENNIGAN (ID unknown),
Defendants

MOTION TO WITHDRAW

Now comes the attorney for the plaintiff who asks that she be permitted to withdraw from representing the plaintiff. As grounds for this motion the attorney states that she and the plaintiff have difficulties in communication.

By Plaintiff's Attorney,

*Carole A. Z. Root*

Carole A. Z. Root
449 Broadway
Everett, MA 02149
617 381 1188

CERTIFICATE OF SERVICE
   I, Carole A. Z. Root, have served by fax and first class mail, a copy of this motion to the attorney of record for the defendants and the plaintiff on this 22-nd day of May, 2006.
   Signed under the pains and penalties of perjury.

*Carole A. Z. Root*
Carole A. Z. Root