UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04CV-11557 RCL

| | |
|---|---|
| JOSEPH BOOK,<br>    Plaintiff<br><br>V.<br><br>DEPARTMENT OF STATE POLICE,<br>COMMONWEALTH OF MASSACHUSETTS,<br>and STATE TROOPER KURT M. FERRAZANI,<br>STATE TROOPER MACKENZIE, and STATE<br>TROOPER HENNIGAN, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Joseph Book in the above-entitled action.

Respectfully submitted,

JOSEPH BOOK
By His attorney,

July 18, 2006

*/s/ Christopher H.M. Carter*
Christopher H.M. Carter
MA BBO #561146
Hinckley, Allen & Snyder LLP
43 North Main Street, 2nd Floor
Concord, NH   03301
(603) 225-4334
(603) 224-8350, facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent this date to all counsel of record.

*/s/ Christopher H.M. Carter*
Christopher H.M. Carter

#594923