UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV-11557 RCL

|  |  |
|---|---|
| JOSEPH BOOK,<br>       Plaintiff | )<br>)<br>)<br>) |
| V. | )<br>) |
| DEPARTMENT OF STATE POLICE,<br>COMMONWEALTH OF MASSACHUSETTS,<br>and STATE TROOPER KURT M. FERRAZANI,<br>STATE TROOPER MACKENZIE, and<br>STATE TROOPER HENNIGAN,<br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

---

NOTICE OF APPEARANCE

---

Please enter an appearance for Brian Rogal as counsel for Defendant Kurt M. Ferrazani in the above-entitled matter.

Respectfully submitted,
For Defendant Kurt M. Ferrazani,
By his attorney,

/s/ Brian Rogal
Brian Rogal, Esquire
BBO #424920
160 Gould Street, Suite 111
Needham, MA  02494
(781) 455-0707

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail, postage pre-paid.


Date:   9/19/06                    /s/ Brian Rogal_____