UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| JOSEPH BOOK, | ) | |
|     Plaintiff | ) | |
| | ) | |
| VS | ) | NO. 04-CV11557 |
| | ) | |
| STATE TROOPER KURT M. | ) | |
| FERRAZANNI, STATE TROOPER SMITH | ) | |
| STATE TROOPER MCKENZIE, AND | ) | |
| STATE TROOPER HENNIGAN | ) | |
|     Defendants | ) | |

_____

LOCAL RULE 7.1 CERTIFICATION FOR
DEFENDANTS' MOTION TO PRECLUDE
PLAINTIFF FROM INTRODUCING EVIDENCE OF
ITEMIZED DAMAGES OR MEDICAL RECORDS
OR ALTERNITIVELY TO COMPEL THEIR IMMEDIATE PRODUCTION
_____

Now come the defendants above named and certify that their counsel spoke to

plaintiffs counsel about the information that is the subject of this motion and then sent

him a letter on September 26, 2006, requesting the information that is the subject of this

motion, and that plaintiff has failed to provide any of the requested information.   Since

this is a motion to preclude introduction of evidence it cannot be resolved by the parties.

Defendant Kurt Ferrazzani
By his counsel,


/s/ Brian Rogal
Brian Rogal, Esquire
BBO No. 424920
160 Gould Street, Suite 111
Needham, MA  02494
781-455-8964

Defendants McKenzie, Smith and
Hennigan,
By their counsel,


/s/ Timothy Burke
Timothy Burke, Esquire
BBO No. 065720
160 Gould Street, Suite 111
Needham, MA  02494
781-455-0707


Certificate of Service

Service of this document is made via the courts ECF system.