UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV-11557 RCL

| | |
|---|---|
| JOSEPH BOOK,<br>Plaintiff | )<br>)<br>)<br>) |
| V. | )<br>) |
| DEPARTMENT OF STATE POLICE,<br>COMMONWEALTH OF MASSACHUSETTS,<br>and STATE TROOPER KURT M. FERRAZANI,<br>STATE TROOPER MACKENZIE, and<br>STATE TROOPER HENNIGAN,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter an appearance for Timothy Burke as counsel for Defendants Albert MacKenzie, Paul Hennigan and George Smith in the above-entitled matter.

Respectfully submitted,
Defendants McKenzie, Smith and
Hennigan,
By their counsel,

/s/ Timothy Burke
Timothy Burke, Esquire
BBO No. 065720
160 Gould Street, Suite 111
Needham, MA  02494
781-455-0707

<u>Certificate of Service</u>

Service of this document is made via the courts ECF system.