UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BOOK, )<br>    Plaintiff )<br>)<br>VS )<br>)<br>STATE TROOPER KURT M. )<br>FERRAZANNI, STATE TROOPER SMITH )<br>STATE TROOPER MCKENZIE, AND )<br>STATE TROOPER HENNIGAN )<br>    Defendants ) | NO. 04-CV11557 |

---

DEFENDANTS' MOTION IN LIMINE
TO PRECLUDE EXPERT TESTIMONY

---

Now come the defendants and move in limine to preclude the plaintiff from attempting to call any witness as an expert or asking any witness to give expert testimony. In support of this motion defendants show that the plaintiff has not provided any disclosure of expert witnesses, their opinions or qualifications or in any way complied with the requirements of FRCP Rule 26.

Wherefore defendants pray that plaintiff be precluded from calling any witness as an expert or offering any expert testimony, including any testimony that any medical condition of the plaintiff was caused by any action of any defendant.

Respectfully submitted,

Defendant Kurt Ferrazanni
By his counsel,


/s/ Brian Rogal
Brian Rogal, Esquire
BBO No. 424920
160 Gould Street, Suite 111
Needham, MA  02494
781-455-8964

Defendants McKenzie, Smith and Hennigan,
By their counsel,


/s/ Timothy M. Burke
Timothy Burke, Esquire
BBO No. 065720
160 Gould Street, Suite 111
Needham, MA  02494
781-455-0707


Certificate of Service

Service is made via the Court's ECF notification system.