```
 1                                    VOL. I
                                      Pp. 1 - 247
 2                                    Exhibits 1 - 8

 3            UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
 4

 5                                    C.A. NO. 04CV11557

 6
      * * * * * * * * * * * * * * * * * *
 7
      JOSEPH BOOK,
 8
           Plaintiff
 9
      VS.
10
      DEPARTMENT OF STATE POLICE,
11    COMMONWEALTH OF MASSACHUSETTS,
      STATE TROOPER KURT M. FERRAZZANI,
12    STATE TROOPER SMITH, STATE
      TROOPER McKENZIE, AND STATE
13    TROOPER HENNIGAN,

14         Defendants

15    * * * * * * * * * * * * * * * * * *

16

17         Deposition of KURT M. FERRAZZANI, a witness

18    called by counsel for the Plaintiff, pursuant to the

19    applicable rules, before Lorreen Hollingsworth,

20    CSR/RPR, CSR NO. 114793, and Notary Public in and for

21    the Commonwealth of Massachusetts, at the Offices of

22    Hinckley, Allen & Snyder, 28 State Street, Boston,

23    Massachusetts, on Friday, September 15, 2006, at

24    10:35 a.m.
```

Page 210

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Anything else? |
| 3 | A | All the witnesses. |
| 4 | Q | Which witness? |
| 5 | A | All of them. |
| 6 | Q | Anything else? |
| 7 | A | No. |
| 8 | Q | And what was Mr. Book doing to endanger |
| 9 | | when he was operating? |
| 10 | A | He was pushing a motorcycle, driving over |
| 11 | | somebody. That's endanger -- in my -- |
| 12 | | that's endangering. |
| 13 | Q | Did the motorcycle cut in front of |
| 14 | | Mr. Book? |
| 15 | A | No. |
| 16 | Q | And what do you base that statement on? |
| 17 | A | All the witnesses. I did not have a |
| 18 | | witness that told me, These motorcycles |
| 19 | | came up on the side of him and cut him off. |
| 20 | Q | Did you ask that question of any witness? |
| 21 | A | No one said that, no. |
| 22 | Q | Did you ask that question of any witness? |
| 23 | A | No, I just asked them what happened. |
| 24 | Q | Following too close. What facts did you |

Page 211

| | | |
|---|---|---|
| 1 | | rely on? |
| 2 | A | Well, Mr. Book had a motorcycle underneath |
| 3 | | the front of his car. I assume that he was |
| 4 | | a little close to it. He was underneath |
| 5 | | the front end of his vehicle, so that's too |
| 6 | | close. |
| 7 | Q | Any other facts? |
| 8 | A | Care in stopping. |
| 9 | Q | I'm sorry, following too closely, any other |
| 10 | | facts that you relied on? |
| 11 | A | No. |
| 12 | Q | Based on the fact that Mr. Rizzuti was |
| 13 | | pinned under the car, you reached the |
| 14 | | assumption that Mr. Book was following too |
| 15 | | close behind him? |
| 16 | A | That's correct. |
| 17 | Q | Care in stopping -- any facts? |
| 18 | A | Yes. |
| 19 | Q | What facts? |
| 20 | A | If he stopped in time, he wouldn't have hit |
| 21 | | the vehicle. |
| 22 | Q | Okay. At what point should he have |
| 23 | | stopped? |
| 24 | A | Before he hit the motorcycle. |

Page 212

| | | |
|---|---|---|
| 1 | Q | Okay. How far ahead was the -- how far in |
| 2 | | front of Mr. Book's car was the motorcycle |
| 3 | | when it came to a stop? |
| 4 | A | The motorcycle was underneath the car when |
| 5 | | it came to a stop. |
| 6 | Q | Before the accident, how far in front of |
| 7 | | Mr. Book's car was the motorcycle? |
| 8 | A | I don't know. I wasn't at the scene before |
| 9 | | the accident. |
| 10 | Q | Is that a relevant consideration? |
| 11 | A | I can't answer if I wasn't there. |
| 12 | Q | Do you know what happened before Mr. Book's |
| 13 | | car came in contact with the motorcycle? |
| 14 | A | From witness statements. |
| 15 | Q | Can you tell me in your own words before |
| 16 | | there was any contact between Mr. Rizzuti's |
| 17 | | car (sic) and Mr. Book's car what happened? |
| 18 | A | Don't know. |
| 19 | Q | Did you ask Mr. Brook where the motorcycles |
| 20 | | were before the first contact was made? |
| 21 | A | Yes. |
| 22 | Q | And what did he say? |
| 23 | A | He didn't know. He doesn't even know how |
| 24 | | the accident occurred. |

Page 213

| | | |
|---|---|---|
| 1 | Q | Can you state with any certainty, as you |
| 2 | | sit here today, that the motorcycles were |
| 3 | | not swerving in and out of traffic? |
| 4 | A | Yes. |
| 5 | Q | Based on what? |
| 6 | A | The witness statements. |
| 7 | Q | Anything else? |
| 8 | A | No. |
| 9 | Q | When did you first tell Mr. Book that he |
| 10 | | was going to be charged with the three |
| 11 | | offenses: Operating to endanger, following |
| 12 | | too close, and care in stopping? |
| 13 | A | When I went to his house that evening. |
| 14 | Q | That evening? |
| 15 | A | Yes. |
| 16 | Q | So were you the one who dropped Mr. Book |
| 17 | | off at his house? |
| 18 | A | No. |
| 19 | Q | Who did that? |
| 20 | A | I believe it was Trooper McKenzie. |
| 21 | Q | Then you drove back to his house? |
| 22 | A | I did. |
| 23 | Q | And did you have any discussion with |
| 24 | | Mr. Book again that evening? |