```
 1                                        VOL. I
                                          Pp. 1 - 138
 2                                        Exhibits:  None

 3              UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
 4

 5                                  C.A. NO. 04CV11557

 6
        * * * * * * * * * * * * * * * * * *
 7
     JOSEPH BOOK,
 8
          Plaintiff
 9
     VS.
10
     DEPARTMENT OF STATE POLICE,
11   COMMONWEALTH OF MASSACHUSETTS,
     STATE TROOPER KURT M. FERRAZZANI,
12   STATE TROOPER SMITH, STATE
     TROOPER McKENZIE, AND STATE
13   TROOPER HENNIGAN,

14        Defendants

15      * * * * * * * * * * * * * * * * * *

16

17        Deposition of ALBERT McKENZIE, a witness called

18   by counsel for the Plaintiff, pursuant to the

19   applicable rules, before Lorreen Hollingsworth,

20   CSR/RPR, CSR NO. 114793, and Notary Public in and for

21   the Commonwealth of Massachusetts, at the Offices of

22   Hinckley, Allen & Snyder, LLP, 28 State Street,

23   Boston, Massachusetts, on Monday, September 18, 2006,

24   at 10:30 a.m.
```

Page 86

1  Q  So he said -- he might have had -- strike
2     that.
3            If I understand you, he might
4     have said, I might have had a drink or he
5     might have said, I might have had a sip of
6     something?
7  A  A sip of a drink, something to that effect.
8  Q  Did you ask him how much?
9  A  Well, I asked him, yeah -- that was his
10    answer, the sip or a drink.  That was his
11    answer to that question, yeah, how much did
12    you have to drink.
13 Q  Did you ask him what he might have had a
14    sip of?
15 A  I believe I did.
16 Q  What did he say?
17 A  You know, I don't recall exactly, maybe
18    something -- it might have been a beer or a
19    mixed drink, something to that effect.  But
20    I don't recall exactly what he said.
21 Q  Do you recall him saying, I might have had
22    a beer or a mixed drink?
23 A  He said he had a drink.  That specifically.
24    He said that.  I remember that, a drink or

Page 87

1     a sip of a drink, something to that effect.
2     I don't recall if he said a beer or if he
3     said he had a hard drink, like hard
4     alcohol.
5  Q  And what did you do next?
6  A  I asked him if he would do some field
7     sobriety tests.
8  Q  And what did he say?
9  A  He said he would.
10 Q  And what happened then?
11 A  He did the field sobriety.  I asked him to
12    state the alphabet.
13 Q  What happened?
14 A  He didn't complete the alphabet.
15 Q  Do you remember giving him that?
16 A  That's the first test I give.  I do.
17 Q  Do you remember giving Mr. Book that?
18 A  Yes.  I asked him to recite the alphabet.
19 Q  Where were you when you asked him to recite
20    the alphabet?
21 A  I was right in front of him, pretty much.
22 Q  Were you at his car, or were you at the
23    guardrail, where were you?
24 A  We were more towards the guardrail, towards

Page 88

1     the road.
2  Q  How far did he get in the alphabet?
3  A  I don't recall.
4  Q  How much of the alphabet did he recite?
5  A  I don't recall.
6  Q  What letters did he stumble on?
7  A  I don't recall.
8  Q  How did that portion of the test end, with
9     him saying, I can't remember the rest, or
10    him just stopping or something else?
11 A  Yeah, I don't recall.  He just never
12    completed the alphabet.
13 Q  You mean -- did you form an opinion as to
14    whether he couldn't continue because he was
15    unable to or because he didn't think it was
16    necessary or because he didn't think you
17    wanted him to?
18           What was your -- did you form
19    an opinion as to why he didn't complete the
20    alphabet?
21 A  I think he thought it was a joke.
22 Q  Did you form an opinion as to whether he
23    could not complete it or that he didn't
24    want to complete it or he didn't think it

Page 89

1     was necessary?  Did you form an opinion on
2     any of those?
3  A  I think he thought it wasn't necessary.
4  Q  Did you form an opinion as to whether he
5     could have completed the alphabet?
6  A  No.
7  Q  Did you ask him to complete the alphabet?
8  A  I asked him to just say the alphabet.
9     That's what I do with everybody.
10 Q  Did you say, Mr. Book, I need to ask you to
11    recite the alphabet?  At some point, I
12    understand, he stopped, to your memory?
13 A  That, I can recall, yeah.  He never
14    completed the alphabet, is what I'm saying.
15 Q  So at some point he stopped --
16 A  Yeah.
17 Q  -- somewhere in the process of reciting the
18    alphabet.
19           At the point where he stopped,
20    did you ask him to complete that exercise?
21 A  I don't recall if I did or not.
22 Q  What happened next?
23 A  Oh, the next test is the one-leg stand.
24 Q  And what happened with that?

23 (Pages 86 to 89)

HOLLINGSWORTH & ASSOCIATES
(781) 235-1424

Page 90

```
 1  A    I explained it and demonstrated it.
 2  Q    And what happened?
 3  A    He couldn't do it.
 4  Q    Can you be more specific in terms of what
 5       happened?
 6  A    I think he thought it was a joke again. I
 7       think he was, like, I can't do it.
 8  Q    Did he try?
 9  A    I don't believe he did.
10  Q    Did he say he couldn't do it because of his
11       age or his physical condition or that he
12       didn't want to? Tell me as much as you
13       recall.
14            I'm sorry, let me back up.
15            Do you have a recollection of
16       asking him -- strike that.
17            Do you have a recollection of
18       describing for him the one-leg stand test?
19  A    Of me describing it?
20  Q    Yes.
21  A    Yes.
22  Q    Do you have a clear recollection of doing
23       that?
24  A    I do it to everyone.
```

Page 91

```
 1            After I ask them, you know,
 2       the next test is the one-leg stand, I
 3       explain it and I demonstrate it and ask
 4       them, you know, Can you do it? Do you want
 5       to do it? And I don't think he was taking
 6       any of it seriously.
 7  Q    Well, can you be more descriptive in terms
 8       of him asking you and what his response
 9       was? I understand you formed the
10       impression he wasn't taking it seriously.
11            Can you tell me in more detail
12       what your words were to him in terms of
13       that test and his response?
14  A    What I said?
15  Q    Yes.
16  A    I'll tell you how I describe it.
17  Q    I'm trying to segregate what your typical
18       practice is and what you recall on that
19       day.
20            Do you recall what you said to
21       him?
22  A    I asked him to do the one-leg stand and I
23       demonstrated it. Sir, you've got to keep
24       your hands by your side, raise one of your
```

Page 92

```
 1       legs approximately 6 inches off the ground,
 2       and count out loud to 30.
 3            I don't recall if I actually
 4       modified the test. I might have. I don't
 5       recall if I did. And I demonstrated -- I
 6       normally only go to the count of ten when I
 7       do that and I normally keep my foot up and
 8       ask them, Do you think you can do the test?
 9       Would you like to continue?
10            And I think Mr. Book thought
11       it was a joke.
12  Q    What did he say to you --
13  A    I don't recall. Then he laughed, best I
14       can remember. I don't think he --
15  Q    What did he say? What do you recall him
16       saying, if anything?
17  A    I don't recall anything specific at that
18       point. He just wanted to go home.
19  Q    What happened next?
20  A    Well, the next test is the nine-step
21       heel-to-toe.
22  Q    And on this occasion, tell me what you
23       recall your saying to Mr. Book and what his
24       response was.
```

Page 93

```
 1  A    I demonstrate the test, you know, try to
 2       keep your hands by your side, walk
 3       heel-to-toe on an imaginary line counting
 4       out loud each step, one, two, three. I
 5       normally demonstrate to three. I tell them
 6       when you get to nine, go, Nine, simply turn
 7       around, and use again an imaginary line and
 8       attempt to walk heel-to-toe for nine more
 9       steps, counting out loud with your hands by
10       your side.
11  Q    And what was Mr. Book's response?
12  A    I think he still thought it was a joke.
13       But he -- if I can recall, he attempted
14       that test.
15  Q    What happened?
16  A    He never completed it.
17  Q    Why not?
18  A    He just never completed it.
19  Q    Because he couldn't or because he didn't
20       want to? What happened?
21  A    I think part of it was he didn't want to.
22       I think, again, he thought the whole thing
23       was a joke. He just wanted to go home.
24  Q    What did you see him do?
```

Page 94

```
 1  A   I don't recall the exact --
 2  Q   Did he appear to you to be -- how did he
 3      appear to be walking to you?
 4  A   He was unsteady.
 5  Q   Did he have a limp?
 6  A   I don't recall if he had a limp, but he was
 7      unsteady.
 8  Q   Did you form an opinion as to whether the
 9      unsteadiness was due to age or something
10      else?
11  A   At the end of all the tests?
12  Q   At any time.
13  A   I formed the opinion that he was operating
14      his motor vehicle under the influence after
15      the tests.
16  Q   In terms of his unsteadiness, did you form
17      an opinion as to what was the cause of the
18      unsteadiness?
19  A   My opinion, he was under the influence.
20  Q   Did you make any determination, apart from
21      that, as to whether his age contributed to
22      any unsteadiness?
23  A   It could have. His age could have
24      contributed, but my opinion was he was
```

Page 95

```
 1      under the influence.
 2  Q   I understand it could have. But what did
 3      you determine? Did you determine that his
 4      age factored -- I understand your
 5      testimony, you believe he was intoxicated.
 6  A   Yes.
 7  Q   Did you make a determination as to whether
 8      any part of his unsteadiness was due to his
 9      age?
10  A   It's a factor while we're doing the test.
11      As I told you before, I've modified tests
12      before. It is a factor that you look into.
13      But at that point, I determined that he was
14      under the influence. That's the best way I
15      can answer that question.
16  Q   Okay. So you didn't -- would it be
17      accurate to say, then, that you did not
18      make a determination as to what impact, if
19      any, his age had on his unsteadiness?
20  A   At that point?
21  Q   Yes.
22  A   No. It was a factor, as everything is, you
23      know, when you're making that
24      determination.
```

Page 96

```
 1  Q   What happened after the nine-step test?
 2  A   I formed the opinion he was operating under
 3      the influence. Trooper Ferrazzani asked
 4      me. I told him that I formed the opinion
 5      that he was operating under the influence,
 6      and Mr. Book was placed under arrest at
 7      that point.
 8  Q   How long did the tests take?
 9  A   Probably only takes about -- I mean, it can
10      take five to ten minutes. It might be a
11      little less; it might be a little more.
12  Q   How long did it take on this occasion?
13  A   Again, I don't recall exactly.
14  Q   Where were you when you were performing the
15      test?
16  A   On Route 1 or, you know --
17  Q   Near the guardrail location --
18  A   We were as close as we could be off to the
19      right.
20  Q   I need to finish the question.
21          Were you near the location
22      where Mr. Book was against the guardrail
23      when you first arrived?
24  A   Yes.
```

Page 97

```
 1  Q   Did the test take -- to your recollection,
 2      did the test take more or less than ten
 3      minutes?
 4  A   I'd say about ten, that I can recall, maybe
 5      less.
 6  Q   How did it come about that you had further
 7      communication with Trooper Ferrazzani after
 8      administering the test?
 9  A   Well, he was there, and I just told him.
10      He had come back to the -- towards us.
11  Q   So Ferrazzani returned to where you were?
12  A   At some point, yeah.
13  Q   Was there a delay between your completion
14      of the test and Trooper Ferrazzani
15      arriving?
16  A   I don't recall exactly if there was.
17  Q   Who placed Mr. Book under arrest?
18  A   Trooper Ferrazzani did.
19  Q   Where were you when that was happening?
20  A   I was right there, right next to him.
21  Q   And what happened after he was arrested?
22  A   Mr. Book was placed in the back seat of
23      Trooper Ferrazzani's cruiser.
24  Q   And what happened next?
```