Page 1

```
 1                                    VOL. I
                                      Pp. 1 - 247
 2                                    Exhibits 1 - 8

 3             UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 4

 5                              C.A. NO. 04CV11557

 6
     * * * * * * * * * * * * * * * * *
 7
     JOSEPH BOOK,
 8
          Plaintiff
 9
     VS.
10
     DEPARTMENT OF STATE POLICE,
11   COMMONWEALTH OF MASSACHUSETTS,
     STATE TROOPER KURT M. FERRAZZANI,
12   STATE TROOPER SMITH, STATE
     TROOPER McKENZIE, AND STATE
13   TROOPER HENNIGAN,

14        Defendants

15   * * * * * * * * * * * * * * * * *

16

17        Deposition of KURT M. FERRAZZANI, a witness

18   called by counsel for the Plaintiff, pursuant to the

19   applicable rules, before Lorreen Hollingsworth,

20   CSR/RPR, CSR NO. 114793, and Notary Public in and for

21   the Commonwealth of Massachusetts, at the Offices of

22   Hinckley, Allen & Snyder, 28 State Street, Boston,

23   Massachusetts, on Friday, September 15, 2006, at

24   10:35 a.m.
```

Page 122

| | | |
|---|---|---|
| 1 | | interviewed Mr. Book on behalf of the |
| 2 | | police before you did? |
| 3 | A | No. |
| 4 | Q | No reason to believe that anyone else |
| 5 | | interviewed Mr. Book? |
| 6 | A | No. Before me? |
| 7 | Q | Correct. |
| 8 | A | No. |
| 9 | Q | So to put it another way, based on all the |
| 10 | | facts that you know of this incident, you |
| 11 | | were the first police officer to interview |
| 12 | | Mr. Book? |
| 13 | A | I don't know. When I arrived on scene, I |
| 14 | | didn't see anybody interviewing him before |
| 15 | | me. |
| 16 | Q | Let's take it step by step. You've |
| 17 | | described your interview. |
| 18 | A | Mm-hmm. |
| 19 | Q | You've told me that you don't know one way |
| 20 | | or the other whether someone interviewed |
| 21 | | him before you did. My question is |
| 22 | | different. |
| 23 | | You've said, one, you don't |
| 24 | | know of any facts to indicate that someone |

Page 123

| | | |
|---|---|---|
| 1 | | did interview Mr. Book before you did, |
| 2 | | right? |
| 3 | A | Right. |
| 4 | Q | And to put that affirmatively, based on all |
| 5 | | the facts that you know, you were the first |
| 6 | | who did interview him from the police? |
| 7 | A | Yes. |
| 8 | Q | Thank you. Now, you said a moment ago that |
| 9 | | Trooper McKenzie had spoken with Mr. Book? |
| 10 | A | At some point Trooper McKenzie had |
| 11 | | spoken -- |
| 12 | Q | After you did? |
| 13 | A | I don't know when. |
| 14 | Q | Do you have any reason to believe that |
| 15 | | Trooper McKenzie spoke to Mr. Book before |
| 16 | | you did? |
| 17 | A | I don't know when Al spoke to him. I don't |
| 18 | | recall. It was six years ago. |
| 19 | Q | Do you have any reason to believe that |
| 20 | | Trooper McKenzie spoke with Mr. Book before |
| 21 | | you did? |
| 22 | | MR. ROGAL: Do you understand |
| 23 | | the question? |
| 24 | A | No. |

Page 124

| | | |
|---|---|---|
| 1 | Q | Can you read it back very slowly for -- |
| 2 | A | You don't have to read it any slower. |
| 3 | | It's a ridiculous -- |
| 4 | Q | What don't you understand about my |
| 5 | | question? |
| 6 | A | Do I have any reason to believe? |
| 7 | Q | Let me state it again. |
| 8 | | Do you have any facts to |
| 9 | | indicate that Mr. McKenzie interviewed |
| 10 | | Mr. Book before you did? |
| 11 | A | No. That's different than "any reason to |
| 12 | | believe." |
| 13 | Q | Let's move on. |
| 14 | A | Please. |
| 15 | Q | Do you know what the nature of the exchange |
| 16 | | between Mr. McKenzie and Mr. Book was? |
| 17 | A | No. |
| 18 | Q | Did you, as the supervising trooper, direct |
| 19 | | Mr. McKenzie to interview Mr. Book? |
| 20 | A | I don't recall. |
| 21 | Q | Was Trooper McKenzie reporting to you on |
| 22 | | this day? |
| 23 | A | No. |
| 24 | Q | Were you given assignments at the scene? |

Page 125

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | As the trooper responsible for this |
| 3 | | investigation, did you have any particular |
| 4 | | responsibilities that the other |
| 5 | | Massachusetts State Police trooper did not |
| 6 | | have? |
| 7 | A | Yes. |
| 8 | Q | What were those? |
| 9 | A | To fill out the reports. |
| 10 | Q | Did you tell Trooper McKenzie to do |
| 11 | | anything relative to Joe Book after you |
| 12 | | spoke to him? |
| 13 | A | After I spoke to who, Joe or Al? |
| 14 | Q | After you spoke with Joe Book -- |
| 15 | A | Okay. |
| 16 | Q | -- did you give Trooper McKenzie any |
| 17 | | instructions with respect to Joe Book? |
| 18 | A | I might have asked Al to talk to him |
| 19 | | because I was getting nowhere with him. |
| 20 | Q | So you believe you instructed Trooper |
| 21 | | McKenzie to interview Mr. Book? |
| 22 | A | Yeah. You know, I might have asked him |
| 23 | | that. I can't say definitely, Al, go talk |
| 24 | | to him, or, Al, do me a favor, go talk to |

Page 126

| | | |
|---|---|---|
| 1 | | him. |
| 2 | Q | I'm just looking for your best memory. |
| 3 | | Is that your recollection, |
| 4 | | Trooper? |
| 5 | A | At some point Al spoke to Mr. Book. |
| 6 | Q | Did you direct him to speak to Mr. Book? |
| 7 | A | I don't recall. |
| 8 | Q | So when you just said, I might have asked |
| 9 | | him to talk to him, that's a pure guess? |
| 10 | A | Yes. |
| 11 | Q | So we can forget that. |
| 12 | A | Okay. |
| 13 | Q | Should we? Or do you think that's what you |
| 14 | | told Trooper McKenzie? |
| 15 | A | I don't recall. |
| 16 | Q | Okay. What did you do -- did you have any |
| 17 | | further interview with Mr. Book beyond what |
| 18 | | you've just described? |
| 19 | A | No. |
| 20 | Q | What did you do next? |
| 21 | A | I spoke to Trooper McKenzie and Trooper |
| 22 | | Smith. |
| 23 | Q | What did you talk to Trooper McKenzie |
| 24 | | about? |

Page 127

| | | |
|---|---|---|
| 1 | A | About the situation. |
| 2 | Q | What did you and he discuss? |
| 3 | A | I asked Al if -- you know, what he thought |
| 4 | | of interviewing Mr. Book, what he thought. |
| 5 | Q | What do you mean "what he thought"? |
| 6 | A | I asked him, Al, what's your opinion? And |
| 7 | | Al thought -- |
| 8 | Q | Wait a minute, let me stop. I want things |
| 9 | | in minute periods of time. |
| 10 | | I want to pick up where you |
| 11 | | finish speaking with Mr. Book. We've spent |
| 12 | | several minutes now ascertaining that you |
| 13 | | were not aware of any facts that any other |
| 14 | | police officer spoke with Mr. Book prior to |
| 15 | | you? |
| 16 | A | Correct. |
| 17 | Q | Was Trooper McKenzie present with you when |
| 18 | | you were interviewing Mr. Book? |
| 19 | A | I don't remember. |
| 20 | Q | I want to know exactly what you did next |
| 21 | | when you finished speaking with Mr. Book. |
| 22 | | MR. ROGAL: When? The |
| 23 | | guardrail, in the car, when? |
| 24 | Q | After speaking with Mr. Book at the |

Page 128

| | | |
|---|---|---|
| 1 | | guardrail, when you finished interviewing |
| 2 | | him, what did you do next? |
| 3 | A | I don't remember. There was an accident |
| 4 | | scene going on. I might have taken |
| 5 | | interviews; I might have gotten more |
| 6 | | interviews; I might have spoken to |
| 7 | | Troopers McKenzie and Smith. |
| 8 | Q | Tell me to the best of your recollection |
| 9 | | what you did next. |
| 10 | A | I believe I spoke to Trooper McKenzie, to |
| 11 | | talk to Mr. Book. |
| 12 | Q | So you think you told Mr. McKenzie -- |
| 13 | A | I think I asked Al. I was getting nowhere |
| 14 | | with him. |
| 15 | Q | So you think you told Trooper McKenzie to |
| 16 | | interview Mr. Book. Is that your |
| 17 | | testimony? |
| 18 | A | I might have asked him -- I didn't tell him |
| 19 | | to interview. But I might have asked Al to |
| 20 | | speak to him. |
| 21 | Q | So now you do remember asking Al to speak |
| 22 | | to Mr. Book? |
| 23 | | MR. ROGAL: Objection. |
| 24 | | MR. CARTER: We're not playing |

Page 129

| | | |
|---|---|---|
| 1 | | games here. I'm just trying to -- wait a |
| 2 | | minute. |
| 3 | | MR. ROGAL: I'm objecting to |
| 4 | | the form of your question, which I'm |
| 5 | | entitled to do. |
| 6 | A | I'm trying to answer. It's five years ago. |
| 7 | Q | Let me just be clear. I'm not asking to |
| 8 | | you to guess or speculate. I'm just |
| 9 | | asking -- and I'm sure your lawyer has told |
| 10 | | you this -- just to tell the best of your |
| 11 | | recollection and belief. |
| 12 | A | That's what I'm trying to do. |
| 13 | Q | And none of these questions are trick |
| 14 | | questions. |
| 15 | | I've asked several times if |
| 16 | | you know whether you asked Trooper McKenzie |
| 17 | | to speak to Mr. Book, and we've been back |
| 18 | | and forth. |
| 19 | | And now I understand that |
| 20 | | you're suggesting that you think you recall |
| 21 | | asking Al McKenzie to interview Mr. Book |
| 22 | | after you interviewed Mr. Book. Is that |
| 23 | | your testimony? I'll say it more |
| 24 | | succinctly. |

Page 130

```
 1           Is it your testimony that
 2     after you spoke to Mr. Book, you asked Al
 3     McKenzie to interview Mr. Book?
 4  A  Yes.
 5  Q  All right. And were you with Mr. McKenzie,
 6     Trooper McKenzie, when he interviewed
 7     Mr. Book?
 8  A  No.
 9  Q  Did Trooper McKenzie interview Mr. Book?
10  A  I know he spoke with Mr. Book, yes.
11  Q  Did he interview him?
12  A  I don't know -- yes.
13  Q  What did they discuss?
14  A  I don't know.
15  Q  Who made the decision to charge Joe Book?
16  A  It was a collab- -- we all did.
17  Q  Who was ultimately responsible for the
18     charging decision?
19  A  I was.
20  Q  Did you obtain information -- did you take
21     care to find out what information the other
22     troopers at the scene had obtained before
23     you made the ultimate decision to charge
24     Joe Book?
```

Page 131

```
 1  A  Yes.
 2  Q  Did you take care to obtain the information
 3     obtained by Mr. McKenzie?
 4  A  Did I take what?
 5  Q  Did you take care, attempt -- did you
 6     attempt to obtain information --
 7  A  Yes.
 8  Q  -- from Trooper McKenzie about what he
 9     learned from his interview with Trooper
10     (sic) Book before you made the decision to
11     charge Mr. Book with a crime?
12  A  Yes.
13  Q  What did Trooper McKenzie tell you?
14  A  I asked Al what he thought. Al told me he
15     could smell an alcoholic beverage on him,
16     also.
17  Q  Do you remember him telling you that?
18  A  Yes.
19  Q  Was that a factor in your charging
20     decision?
21  A  Amongst other things, yes, one factor.
22  Q  Was it as important as the other factor?
23  A  Every factor I take into consideration.
24     There's not one that's more important than
```

Page 132

```
 1     the next. It's based on many factors.
 2  Q  Tell me all the factors that you relied on
 3     in charging Joe Book with the driving while
 4     intoxicated.
 5  A  The three field sobriety tests that
 6     Mr. Book failed that Mr. McKenzie gave.
 7  Q  What were the three? What were they?
 8  A  I did not give them; Al gave them.
 9  Q  What were they?
10  A  I believe they were the alphabet, the
11     one-legged stand, and the nine-step
12     walk-and-turn.
13  Q  Are you sure about that?
14  A  I'm not positive. Al gave the test.
15  Q  Well, you're telling me that you relied on
16     the results of a field sobriety in making
17     the final decision to charge Mr. Book with
18     a crime. Is that your testimony?
19  A  Not making the final decision; that was
20     one. That was one factor that I relied
21     upon.
22  Q  Correct. Your testimony is that you relied
23     on the results of the field sobriety as one
24     of the factors in making the decision to
```

Page 133

```
 1     charge Mr. Book with a crime?
 2  A  That's correct.
 3  Q  But you don't know what the test was?
 4  A  I didn't give the test; Trooper McKenzie
 5     did.
 6  Q  Can you answer the question? You don't
 7     know what the test was, is that right?
 8         MR. ROGAL: Objection. He did
 9     answer the question.
10  Q  Well, I'll ask it again.
11         When you made the decision to
12     charge Mr. Book, did you know what the
13     field sobriety test was?
14  A  No, Trooper McKenzie gave them.
15  Q  You didn't know?
16  A  I didn't give the test.
17         MR. ROGAL: He answered the
18     question. You're not entitled to a precise
19     form --
20         MR. CARTER: I don't need a
21     lecture.
22         MR. ROGAL: Fine.
23  Q  Did you know, yes or no, what field
24     sobriety test was given at the time you
```