**APPENDIX IV—DWI Detection and Standardized Field Sobriety Testing Student Manual**

# DWI DETECTION & STANDARDIZED FIELD SOBRIETY TESTING

# STUDENT MANUAL



PREPARED BY: NATIONAL HIGHWAY TRAFFIC SAFETY ADMIN.

DISTRIBUTED BY: MASS STATE POLICE TRAFFIC PROGRAMS

PRINTED BY: MASS STATE POLICE

A.IV–1

    C. *Hopping.* Suspect is able to keep one foot off the ground, but resorts to hopping in order to maintain balance.

    D. *Puts foot down.* The suspect is not able to maintain the one-leg stand position, putting the foot down one or more times during the 30-second count.

Note: If suspect cannot do test or puts foot down three or more times, record as if all four clues were observed. Consideration should be given to terminating the test if the suspect cannot safely complete it.

Remember that time is critical in this test. The original research has shown a person with a BAC above 0.10 can maintain balance for up to 25 seconds, but seldom as long as 30.

If an individual shows two or more clues or fails to complete the One-Leg Stand, there is a good chance the BAC is above 0.10. Using that criterion, you will accurately classify 65% of the people you test as, to whether their BAC's are above 0.10.

Observe the suspect from a safe distance and remain as motionless as possible during the test so as not to interfere. If the suspect puts the foot down, give instructions to pick the foot up again and continue counting from the point at which the foot touched the ground. If the suspect counts very slowly, terminate the test after 30 seconds.

4. *Test Conditions*

One-Leg Stand requires a reasonably dry, hard, level, and non-slippery surface. Suspect's safety should be considered at all times.

The original research indicated that certain individuals over 65 years of age, back, leg or middle ear problems, or people who are overweight by 50 or more pounds had difficulty performing this test. Individuals wearing heels more than 2 inches high should be given the opportunity to remove their shoes.

5. *Taking-Field Notes on Suspects' Performance of Field Sobriety Tests*

For purposes of the arrest report and courtroom testimony, it is not enough to record the total number of clues on the three tests. The number of clues is important to the police officer in the field because it helps determine whether there is probable cause to arrest. But to secure a conviction, more descriptive evidence is needed.

The officer must be able to describe how the suspect performed on the tests, and exactly what the suspect did.

The standard note taking guide provided in this Manual is designed to help you develop a clear description of the suspect's performance on the tests.

6. *Taking Field Notes on The Eye Procedures*

*First*, have subject remove glasses.

| Equal Tracking | ☐ Yes ☐ No |
|---|---|
| Equal Pupils | ☐ Yes ☐ No |
| Other (i.e., Resting Nystagmus) | _____ |

The section for Medical Assessment appears at the bottom of the guide's front page.

- Check "Yes" or "No" box for equal tracking.

- Check "Yes" or "No" box for equal pupil size.

In the section labeled "other", record any facts, circumstances, conditions, or observations that may be relevant to this procedure (i.e., Resting Nystagmus).

The section on the Horizontal Gaze Nystagmus test appears on the bottom of the guide's front side.

| HORIZONTAL GAZE NYSTAGMUS | LEFT | RIGHT |
|---|---|---|
| ○ LACK OF SMOOTH PURSUIT | | |
| ○ DISTINCT NYSTAGMUS AT MAXIMUM DEVIATION | | |
| ○ ONSET OF NYSTAGMUS PRIOR TO 45 DEGREES | | |

Complete the entire test for both eyes, writing "yes" or "no" for each nystagmus clue.

- Write "yes" if the clue is present;

- Write "no" if the clue is not present.

In the section labeled "other," record any facts, circumstances, conditions or observations that may be relevant to this test.

- Examples of additional evidence of impairment emerging during nystagmus test:

    – suspect unable to keep head still;

    – suspect swaying noticeably;

*A.IV–66*

*APPENDIX IV*

- suspect utters incriminating statements.

• Examples of conditions that may interfere with suspect's performance of the Horizontal Gaze Nystagmus test:

- wind, dust, etc. irritating suspect's eyes;

- visual or other distractions impeding the test (always face suspect away from rotating lights, strobe lights and traffic passing in close proximity).

7. *Taking Field Notes on Walk-and-Turn Testing?*

The section on the Walk-and-Turn test appears at the top of the guide's back side.

```
WALK AND TURN

    CANNOT KEEP BALANCE [   ]
    STARTS TOO SOON     [   ]

                    FIRST NINE STEPS    SECOND NINE STEPS
    STOPS WALKING
    MISSES HEEL -TO- TOE
    STEPS OFF LINE
    RAISES ARMS
    ACTUAL STEPS TAKEN

    IMPROPER TURN (Describe)
    CANNOT DO TEST (EXPLAIN)
    OTHER:
```

The fist two clues, "cannot keep balance" and "starts too soon" apply only during the instructions stage of the test. Record the *number of times* each of those clues appear.

For example, if the suspect's feet "break apart" from the heel-to-toe stance twice during the instructions stage, write "2" in the box alongside the "cannot keep balance" clue. Similarly, if the suspect never "starts too soon," write "0" in that box. Note: Actual steps taken is for scoring purposes only. Wrong number of steps is the validated clue.

*A.IV–67*

Don't leave boxes blank. If a particular clue never shows up, write "0" in the corresponding box.

Record the next five clues *separately* for the walk *down* the line, and then up the line.

A. If a suspect *stops walking*, record it by drawing a vertical line across the toe of the step at which the stop occurred. Do this for the first as well as the second nine steps. Place the letter "S" at top of the vertical line to indicate stops walking.

B. If suspect *fails to touch heel-to-toe*, record how many times this happens. Draw a vertical line across the toe of the step at which the miss occurred. Place the letter "M" at the top of the vertical line to indicate missed heel to toe.

C. If suspect *steps off the line* while walking, record it by drawing a line from the appropriate foot print at an angle in the direction in which the foot stepped. Do it for each nine steps.

D. If suspect *uses arms to balance*, give some indication of how often or how long this happens.

   - *Example*: suspect raised arms from sides three times; place a check for each occurrence in appropriate box.

   - *Example*: suspect held arms away from sides during 3 through 7; place a check for each occurrence in appropriate box.

   - *Example*: suspect "flapped" arms continuously; make a note.

E. Record the *actual number of steps* taken by suspect in each direction.

   For the next point, "improper turn," record a *description* of the turn.

   If you note that the suspect "*cannot, perform test,*" indicate explicitly why you did so.

   - *Example*: "off line three times;"

   - *Example*: "staggered six steps to right, nearly fell;"

   - *Example*: "fear of injury."

   At end of the test, examine each factor and determine how many clues have been recorded. *Remember, each clue may appear several times, but still*

A.IV–68

*only constitutes one clue.* Failure to perform test should be recorded as "eight" clues observed.

In the section labeled "other," record any facts, circumstances, conditions or observations that may be relevant to this test.

- Examples of additional evidence of impairment during Walk-and-Turn test:

    – suspect verbally miscounts steps;

    – suspect utters incriminating statements.

- Examples of conditions that may interfere with suspect's performance of the Walk-and-Turn test:

    – wind/weather conditions;

    – suspect's age, weight;

    – suspect's footwear.

8. *Taking Field Notes on the Combined Interpretation of Nystagmus and Walk-and-Turn*

    By combining four or more clues of HGN with two or more clues of the WAT test, suspects can be correctly classified as above 0.10 BAC 80% of the time.

    ONE LEG STAND

    | L | R |
    |---|---|
    | | | Sways while balancing.
    | | | Uses arms to balance.
    | | | Hopping.
    | | | Puts foot down.

    Type of Footwear

9. *Taking, Field Notes on One-Leg Stand Testing*

    The section on the One-Leg Stand test appears midway down the page.

    By recording *when* things happen as well as what happens, you will be able to prepare a more descriptive arrest report.

    You will place check marks in or near the small boxes to indicate how many times you observed each of the clues. You will do this separately for the test on the left leg (L) or on the right leg (R). In addition, if the suspect puts the foot down during the test, you will record when it happened (write the count on new note guide). For. example, when standing on the left leg the suspect lowered the right foot at a count of "one thousand and thirteen", and again at "one thousand and twenty". Your diagram should look like the

sketch to the right. You must also pay attention to the suspect's general appearance and behavior while the test is being performed.

**IT IS NECESSARY TO EMPHASIZE THIS VALIDATION APPLIES ONLY WHEN:**

- **THE TESTS ARE ADMINISTERED IN THE PRESCRIBED, STANDARDIZED MANNER**

- **THE STANDARDIZED CLUES ARE USED TO ASSESS THE SUSPECT'S PERFORMANCE**

- **THE STANDARDIZED CRITERIA ARE EMPLOYED TO INTERPRET THAT PERFORMANCE.**

**IF ANY ONE OF THE STANDARDIZED FIELD SOBRIETY TEST ELEMENTS IS CHANGED, THE VALIDITY IS COMPROMISED.**

At end of the test, examine each factor and determine how many clues have been recorded. *Remember*, each clue may appear several times, but still only constitutes one clue. Failure to perform test should be recorded as "four" clues observed, as should putting foot down three or more times.