UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BOOK </br></br> Plaintiff, </br></br> v. </br></br> STATE TROOPER KURT M. FERRAZZANI, STATE TROOPER SMITH, STATE TROOPER McKENZIE, and STATE TROOPER HENNIGAN </br></br> Defendants. | C.A. NO. 04CV-11557-RCL |

**PLAINTIFF'S ADDITIONAL PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS**

Plaintiff Joseph Book ("Book") submits the following additional Proposed Supplemental Jury Instructions. Book reserves his right to supplement, amend, and/or withdraw any of the requested instructions prior to the charge of the jury.

#617504v1

# INSTRUCTION NO. 15

## Collective Knowledge

Law enforcement officials cooperating in an investigation are entitled to rely on each other's knowledge of facts when forming the conclusion that there is probable cause to believe that a suspect has committed or is committing a crime. In addition, under the doctrine of collective knowledge, where law enforcement authorities are cooperating in an investigation, the knowledge of one officer is presumed to be shared by all, and the officers collective knowledge may considered in determining if probable cause exists. The reverse is also true: if one officer knows of facts which would weigh against a finding of probable cause, knowledge of those facts is imputed to the other officers.[1]

---

[1] Whiteley v. Warden, 401 U.S. 560 (1971); Illinois v. Andreas, 463 U.S. 765, 771 n. 5 (1983) ("where law enforcement authorities are cooperating in an investigation...the knowledge of one is presumed shared by all."); see also United States v. Meade, 110 F.3d 190, 194 FN2 (1st Cir. 1997); Burns v. Loranger, 907 F.2d 233, 236 n. 7 (1st Cir. 1990); See United States v. Bater, 830 F.Supp. 28, 36 (D. Mass. 1993), citing Whiteley, 401 U.S. at 568.

#617504v1

                                      Respectfully submitted,

                                      JOSEPH BOOK

                                      By his attorneys,

December 5, 2006                      /s/ Christopher H.M. Carter
                                      Christopher H.M. Carter
                                      BBO #561146
                                      Hinckley, Allen & Snyder LLP
                                      28 State Street
                                      Boston, MA 02109
                                      (617) 345-9000
                                      ccarter@haslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 5th day of December, 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                /s/ Christopher H.M. Carter

#617504v1