UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH BOOK,<br>   Plaintiff,<br><br>v.<br><br>KURT M. FERRAZZANI<br>& ALBERT MCKENZIE,<br>   Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-11557<br>)<br>)<br>)<br>)<br>) |

VERDICT FORM

1. Did Kurt Ferrazzani deprive Joseph Book of his right to be free from unlawful arrest?

   YES _____  NO \_\_✓_____

   *If you answered "Yes" to question 1, please go on to question number 2.*
   *If you answered "No" to question 1 above, then you should go to question 6.*

2. Was Kurt Ferrazzani's unlawful conduct the proximate cause of injuries sustained by Joseph Book?

   YES _____  NO _____

   *If you answered "Yes" to question number 2, please go on to question number 3.*
   *If you answered "No" to question number 2, then you should go on to question 6.*

3. What amount of compensatory or nominal damages, if any, do you find that Kurt Ferrazzani should pay to the plaintiff?

   _____     $ _____
   (write amount in words)                                    (write amount in figures)

   *THIS FORM CONTINUES ON THE NEXT PAGE.*

4. If you stated an amount greater than zero in answer to question number 3, do you find that Kurt Ferrazzani should pay the plaintiff pre-judgement interest in an amount to be computed by the clerk at the rate provided by law?

   YES _____ NO _____

5. If you have stated an amount greater than zero in answer to question number 3, what amount, if any, of punitive damages do you find that Kurt Ferrazani should pay to the plaintiff?

   _____     $ _____
   (write amount in words)                (write amount in figures)

6. Did Albert McKenzie deprive Joseph Book of his right to be free from unlawful arrest?

   YES _____ NO ___✓_____

   *If you answered "Yes" to question 6, please go on to question number 7.*
   *If you answered "No" to question 6 above, then you should stop here*
   *and have your foreperson date and sign the verdict.*

7. Was Albert McKenzie's unlawful conduct the proximate cause of injuries sustained by Joseph Book?

   YES _____ NO _____

   *If you answered "Yes" to question number 7, please go on to question number 8.*
   *If you answered "No" to question number 7, then you should stop here*
   *and have your foreperson date and sign the verdict.*

8. What amount of compensatory or nominal damages, if any, do you find that Albert McKenzie should pay to the plaintiff?

   _____     $ _____
   (write amount in words)                (write amount in figures)

   *THIS FORM CONTINUES ON THE NEXT PAGE.*

9.  If you stated an amount greater than zero in answer to question number 8, do you find that Albert McKenzie should pay the plaintiff pre-judgement interest in an amount to be computed by the clerk at the rate provided by law?

    YES _____ NO _____

11. If you stated an amount greater than zero in answer to question number 8, what amount, if any, of punitive damages do you find that Albert McKenzie should pay to the plaintiff?

    _____          $ _____
    (write amount in words)                 (write amount in figures)

    _____
    *Susan Esco Chandler*
    Foreperson of the Jury

DATED:

*December 7, 2006*