UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JOSEPH BOOK**
        Plaintiff(s)

    v.                        CIVIL ACTION NO. **04-11557-RCL**

**KURT M. FERRAZZANI, ET AL**
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

**LINDSAY, D.J.**

**X**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendants, Kurt M. Ferrazzani and Albert McKenzie.

                                                  Sarah A. Thornton, Clerk

Dated: December 7, 2006                /s/ Lisa M. Hourihan
                                        ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____ %.

(judgciv.frm - 10/96)                                                        [jgm.]