Exhibit A

Other costs:

Postage:     $35.46