# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

(781) 455-0707

Invoice submitted to:

K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

January 05, 2007

Invoice #18581

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2004 | JPK | Miscellaneous<br>Telephone conference with client;  Telephone conference with Attorney Kesten (2x) regarding:  Underlying PI Case (2x);  Receipt and review Complaint. | 0.90<br>240.00/hr | 216.00 |
| | JPK | Miscellaneous<br>Research statute of limitation issue;  Obtain docket;  Draft notice of removal. | 1.60<br>240.00/hr | 384.00 |
| 7/6/2004 | JPK | Miscellaneous<br>Initial conference | 1.40<br>240.00/hr | 336.00 |
| | JPK | Miscellaneous<br>Review police report regarding:  Case | 0.40<br>240.00/hr | 96.00 |
| 7/8/2004 | JPK | Miscellaneous<br>Telephone conference with client; Begin review of documents from civil attorney's office - plea transcript;  Deposition of plaintiff Brook | 2.90<br>240.00/hr | 696.00 |
| 7/9/2004 | JPK | Miscellaneous<br>Review transcript of witness deposition testimony | 1.40<br>240.00/hr | 336.00 |
| 7/13/2004 | JPK | Miscellaneous<br>Telephone conference with plaintiff regarding:  Service | 0.30<br>240.00/hr | 72.00 |
| 7/29/2004 | JPK | Miscellaneous<br>Receipt and review documents from Superior Court;  Correspondence to court regarding:  Same | 0.30<br>240.00/hr | 72.00 |

K. FERRAZZANI

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/29/2004 JPK | Miscellaneous | | 1.20 | 288.00 |
| | Review file and draft answer to complaint | | 240.00/hr | |
| | | | | |
| | For professional services rendered | | 10.40 | $2,496.00 |
| | Additional Charges : | | | |

| | | | Qty/Price | |
|---|---|---|---|---|
| 7/8/2004 Law | $Misc | | 1 | 80.22 |
| | Brody, Hardoon, Perkins & Kesten (coping charges) | | 80.22 | |
| 7/14/2004 Law | $Misc | | 1 | 150.00 |
| | USDC | | 150.00 | |
| 7/27/2004 Law | $Misc | | 1 | 30.00 |
| | Suffolk Superior Court | | 30.00 | |
| 7/31/2004 Law | $Postage | | 1 | 4.34 |
| | Postage | | 4.34 | |
| Law | Document Reproduction | | 52 | 13.00 |
| | Document Reproduction | | 0.25 | |

| | | |
|---|---|---|
| Total additional charges | | $277.56 |
| | | |
| Total amount of this bill | | $2,773.56 |
| Previous balance | | $51,245.85 |
| | | |
| Balance due | | $54,019.41 |

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

(781) 455-0707

Invoice submitted to:

K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

January 05, 2007

Invoice #18582

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/2/2004 | SC | Miscellaneous<br>Reviewed complaint and police report for edits to Answer | 0.40<br>175.00/hr | 70.00 |
| | SC | Miscellaneous<br>Telephone conference with client regarding:  Facts of arrest for edits to Answer | 0.20<br>175.00/hr | 35.00 |
| | SC | Miscellaneous<br>Telephone conference with Sgt. Paul Hennigan regarding:  Same | 0.10<br>175.00/hr | 17.50 |
| | SC | Miscellaneous<br>Edited Answer and drafted affirmative defenses | 0.50<br>175.00/hr | 87.50 |
| 8/4/2004 | SC | Miscellaneous<br>Made final edits to Answer and drafted letter to court regarding:  Same | 0.20<br>175.00/hr | 35.00 |
| | | For professional services rendered | 1.40 | $245.00 |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 8/31/2004 | Law | Document Reproduction<br>Document Reproduction | 32<br>0.25 | 8.00 |
| | Law | $Postage<br>Postage | 1<br>2.40 | 2.40 |
| | | Total additional charges | | $10.40 |

K. FERRAZZANI

Page    2

| | Amount |
|---|---|
| Total amount of this bill | $255.40 |
| Previous balance | $54,019.41 |
| | |
| Balance due | $54,274.81 |

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

(781) 455-0707

Invoice submitted to:

K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

January 05, 2007

Invoice #18583

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2004 SC | Miscellaneous<br>Telephone conference with Attorney Kittredge regarding:  Telephone conference with client and questions with facts for drafting of Answer (8/3/04) | | 0.10<br>175.00/hr | 17.50 |
| 9/10/2004 JPK | Miscellaneous<br>Receipt and review Commonwealth's Motion to Dismiss with Memorandum and attachments | | 0.20<br>265.00/hr | 53.00 |
| 9/28/2004 JPK | Miscellaneous<br>Receipt and review Notice of Appearance for plaintiff;  Receipt and review Plaintiff's Motion to Remand. | | 0.60<br>265.00/hr | 159.00 |
| | For professional services rendered | | 0.90 | $229.50 |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 9/30/2004 Law | Document Reproduction<br>Document Reproduction | | 7<br>0.25 | 1.75 |
| Law | $Postage<br>Postage | | 1<br>0.60 | 0.60 |
| | Total additional charges | | | $2.35 |
| | Total amount of this bill | | | $231.85 |

K. FERRAZZANI

| | Amount |
|---|---|
| Previous balance | $54,274.81 |
| Balance due | $54,506.66 |

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

(781) 455-0707

Invoice submitted to:

K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

January 05, 2007

Invoice #18584

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2004 JPK | Miscellaneous<br>Begin research regarding:  Opposition to Plaintiff's Motion for Remand | | 1.80<br>265.00/hr | 477.00 |
| 10/5/2004 JPK | Miscellaneous<br>Research and draft Memorandum in Opposition to Motion to Remand | | 4.10<br>265.00/hr | 1,086.50 |
| 10/6/2004 JPK | Miscellaneous<br>Edit and amend Memorandum;  Draft Motion in Opposition | | 1.00<br>265.00/hr | 265.00 |
| 10/7/2004 JPK | Miscellaneous<br>Telephone conference with plaintiff's attorney regarding:  Status and service | | 0.30<br>265.00/hr | 79.50 |
| 10/8/2004 JPK | Miscellaneous<br>Receipt and review correspondence from plaintiff's attorney to Accept Service | | 0.10<br>265.00/hr | 26.50 |
| JPK | Miscellaneous<br>Telephone conference with client regarding:  Status; Telephone conference with other parties | | 0.40<br>265.00/hr | 106.00 |
| 10/12/2004 JPK | Miscellaneous<br>Receipt and review plaintiff's Motion for Summons and Affidavit in Support. | | 0.30<br>265.00/hr | 79.50 |
| 10/13/2004 JPK | Miscellaneous<br>Telephone conference with clients Hennigan, Smith and MacKenzie regarding:  Service | | 0.30<br>265.00/hr | 79.50 |

K. FERRAZZANI

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/14/2004 JPK | Miscellaneous | | 0.50 | 132.50 |
| | Telephone conference with client Hennigan regarding:  Case and service | | 265.00/hr | |
| 10/21/2004 JPK | Miscellaneous | | 0.40 | 106.00 |
| | Telephone conference with client MacKenzie regarding:  Represent and facts of case | | 265.00/hr | |

| | | | |
|---|---|---|---|
| For professional services rendered | | 9.20 | $2,438.00 |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 10/31/2004 Law | Document Reproduction | | 40 | 10.00 |
| | Document Reproduction | | 0.25 | |
| Law | $Postage | | 1 | 2.86 |
| | Postage | | 2.86 | |

| | |
|---|---|
| Total additional charges | $12.86 |
| | |
| Total amount of this bill | $2,450.86 |
| Previous balance | $54,506.66 |
| | |
| Balance due | $56,957.52 |

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

(781) 455-0707

Invoice submitted to:

K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

January 05, 2007

Invoice #18585

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/1/2004 JPK | Miscellaneous<br>Receipt and review court order regarding:  Summons | 0.10<br>265.00/hr | 26.50 |
| 11/8/2004 JPK | Miscellaneous<br>Telephone conference with plaintiff's attorney regarding:  Service | 0.20<br>265.00/hr | 53.00 |
| 11/17/2004 JPK | Miscellaneous<br>Receipt and review correspondence from Assistant Attorney General regarding:  IA letter | 0.60<br>265.00/hr | 159.00 |
| 11/23/2004 JPK | Miscellaneous<br>Receipt and review service upon remaining defendants | 0.10<br>265.00/hr | 26.50 |
| For professional services rendered | | 1.00 | $265.00 |
| Previous balance | | | $56,957.52 |
| Balance due | | | $57,222.52 |

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

(781) 455-0707

Invoice submitted to:

K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

January 05, 2007

Invoice #18586

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2004 JPK | Miscellaneous | Draft correspondence to plaintiff's attorney regarding:  Filing of return of service;  Draft Motion to Extend Time | 0.80 270.00/hr | 216.00 |
| 12/9/2004 JPK | Miscellaneous | Telephone conference with plaintiff's attorney regarding:  Extension to Answer Complaint | 0.40 270.00/hr | 108.00 |
| 12/29/2004 JPK | Miscellaneous | Telephone conference with clients Hennigan and Smith;  Telephone conference with MacKenzie regarding:  Status;  Review file and draft Answer to Complaint for Hennigan, Smith and MacKenzie | 2.20 270.00/hr | 594.00 |
| | For professional services rendered | | 3.40 | $918.00 |

Additional Charges :

|  |  |  | Qty/Price | |
|---|---|---|---|---|
| 12/31/2004 Law | $Postage | Postage | 1 4.06 | 4.06 |
| Law | Document Reproduction | Document Reproduction | 102 0.25 | 25.50 |
| | Total additional charges | | | $29.56 |
| | Total amount of this bill | | | $947.56 |

K. FERRAZZANI

Page     2

| | Amount |
|---|---|
| Previous balance | $57,222.52 |
| Balance due | $58,170.08 |

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

(781) 455-0707

Invoice submitted to:


K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

January 05, 2007


Invoice #18588


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2005 | JPK | Miscellaneous<br>Receipt and review Plaintiff's proposed schedule order. | 0.40<br>270.00/hr | 108.00 |
| 2/4/2005 | JPK | Miscellaneous<br>Draft changes to Scheduling Order. | 0.50<br>270.00/hr | 135.00 |
| 2/7/2005 | JPK | Miscellaneous<br>Draft correspondence to Plaintiff's Attorney regarding:  changes to scheduling order. | 0.40<br>270.00/hr | 108.00 |
| 2/10/2005 | JPK | Miscellaneous<br>Telephone conference with J. Demers regarding:  contacting Defendant Smith. | 0.20<br>270.00/hr | 54.00 |
| 2/11/2005 | JPK | Miscellaneous<br>Telephone conference with Defendant Smith regarding:  status. | 0.30<br>270.00/hr | 81.00 |
| 2/15/2005 | JPK | Miscellaneous<br>Review file in preparation for scheduling conference. | 0.50<br>270.00/hr | 135.00 |
| | JPK | Miscellaneous<br>Initial office conference with client Smith. | 1.10<br>270.00/hr | 297.00 |
| 2/17/2005 | JPK | Miscellaneous<br>Attend scheduling conference at United States District Court. | 2.50<br>270.00/hr | 675.00 |

| | | |
|---|---|---|
| For professional services rendered | 5.90 | $1,593.00 |

K. FERRAZZANI

Page    2

Additional Charges :

| | | | Qty/Price | Amount |
|---|---|---|---|---|
| 2/17/2005 | JPK | $Mileage | 1 | 22.52 |
| | | Attend Scheduled conference is United States District Court - Boston. | 22.52 | |
| | | Mileage:  32 mi at $.36 per mi:  $11.52; tolls:  $4.00; parking:  $7.00. | | |

Total additional charges

$22.52

Total amount of this bill

$1,615.52

Previous balance

$59,304.95

Balance due

$60,920.47

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

(781) 455-0707

Invoice submitted to:

K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

January 05, 2007

Invoice #18589

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/28/2005 JPK | Miscellaneous | | 0.20 | 54.00 |
| | Telephone conference with Plaintiff's attorney regarding:  extensions for discovery. | | 270.00/hr | |
| | For professional services rendered | | 0.20 | $54.00 |
| | Previous balance | | | $60,920.47 |
| | Balance due | | | $60,974.47 |

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

(781) 455-0707

Invoice submitted to:


K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

January 05, 2007


Invoice #18590


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/15/2005 JPK | Miscellaneous Receive and review message regarding:  outstanding discovery | | 0.10 270.00/hr | 27.00 |
| 12/16/2005 JPK | Miscellaneous Begin review of Mandatory discovery | | 1.00 270.00/hr | 270.00 |
| | For professional services rendered | | 1.10 | $297.00 |
| | Previous balance | | | $60,974.47 |
| | Balance due | | | $61,271.47 |

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

(781) 455-0707

Invoice submitted to:

K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

January 05, 2007

Invoice #18592

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2006 | SC | Miscellaneous<br>Telephone conference with client Hennigan regarding:  postponement of deposition of Plaintiff | 0.10<br>200.00/hr | 20.00 |
| 4/11/2006 | SC | Miscellaneous<br>Telephone conference with client Hennigan regarding:  upcoming deposition of Book | 0.10<br>200.00/hr | 20.00 |
| | JPK | Miscellaneous<br>Receive and review plaintiff's motion to extend pretrial conference | 0.40<br>275.00/hr | 110.00 |
| 4/19/2006 | JPK | Miscellaneous<br>Telephone conference with clients regarding plaintiff's deposition | 0.40<br>275.00/hr | 110.00 |
| 4/25/2006 | JPK | Miscellaneous<br>Receive and review court decision on motion to continue pre-trial | 0.20<br>275.00/hr | 55.00 |

For professional services rendered                                   1.20          $315.00

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 4/28/2006 | Law | $Postage<br>Postage | 1<br>1.56 | 1.56 |
| | Law | Document Reproduction<br>Document Reproduction | 12<br>0.25 | 3.00 |

K. FERRAZZANI

Page     2

|  | Amount |
|---|---|
| Total additional charges | $4.56 |
| Total amount of this bill | $319.56 |
| Previous balance | $61,559.34 |
| Balance due | $61,878.90 |

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA 02494

Invoice submitted to:
K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

June 26, 2006

Invoice #18147

Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/2/2006 | Telephone conference with Plaintiff's attorney regarding deposition | 0.20 275.00/hr | 55.00 |
| 5/8/2006 | Correspondence to Plaintiff's attorney regarding: deposition of client and no further continuances | 0.50 275.00/hr | 137.50 |
| 5/22/2006 | Receipt and review motion to withdraw from Plaintiff's Attorney | 0.20 275.00/hr | 55.00 |
|  | For professional services rendered | | $247.50 |
|  | Additional Charges : | | |
| 5/31/2006 | Document Reproduction | | 4.00 |
|  | postage | | 3.12 |
|  | Total additional charges | | $7.12 |
|  | Total amount of this bill | | $254.62 |
|  | Balance due | | $254.62 |

# LAW OFFICES OF TIMOTHY M. BURKE

### NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA 02494

Invoice submitted to:
K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

July 19, 2006

Invoice #18216

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/7/2006 | Drafted motion to Excuse Defendants from filing Pre-trial Memorandum | 0.30 200.00/hr | 60.00 |
| | Telephone Conference with plaintiff regarding: pre-trial conference | 0.10 200.00/hr | 20.00 |
| 6/8/2006 | Attend Pre-trial conference regarding: case | 1.90 275.00/hr | 522.50 |
| 6/19/2006 | draft edit and amend Interrogatories and Request for Production of Documents to Plaintiff | 2.10 275.00/hr | 577.50 |
| | For professional services rendered | | $1,180.00 |
| | Additional Charges : | | |
| 6/8/2006 | Attend pre-trial conference (Parking $9, 22 miles x .36= 7.92) | | |
| 6/30/2006 | postage | | 16.92 |
| | Document Reproduction | | 1.35 |
| | Document Reproduction | | 2.20 |
| | Postage | | 1.20 |
| | Postage | | 0.39 |
| | Total additional charges | | 1.56 |
| | | | $23.62 |

K. FERRAZZANI

Page     2

| | Amount |
|---|---|
| Total amount of this bill | $1,203.62 |
| Previous balance | $254.62 |
| Balance due | $1,458.24 |

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

Invoice submitted to:
K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

August 22, 2006

Invoice #18298

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 7/14/2006 Telephone Conference with Attorney Chris Carter regarding: his filing an appearance | 0.10 200.00/hr | 20.00 |
| 7/24/2006 Telephone Conferences with Attorney Carter regarding: upcoming deposition of Plaintiff | 0.20 200.00/hr | 40.00 |
| 7/25/2006 Telephone Conference with Attorney Carter regarding: client's deposition and extending same; receive and review Notice of Appearance and correspondence regarding: deposition; receive and review Assented Motion to Extend Discovery | 0.70 275.00/hr | 192.50 |
| 7/27/2006 Receive and review correspondence from Plaintiff's Counsel | 0.10 275.00/hr | 27.50 |
| 7/31/2006 Telephone Conference with Attorney Carter regarding: scheduling deposition of Plaintiff | 0.10 200.00/hr | 20.00 |
| Drafted Notice of deposition for Plaintiff | 0.20 200.00/hr | 40.00 |
| Drafted letter to Attorney Carter regarding: deposition of Plaintiff and outstanding discovery | 0.30 200.00/hr | 60.00 |
| Telephone Conference with SP Andover and General Headquarters regarding: location of client Smith | 0.20 200.00/hr | 40.00 |
| Drafted letter to clients regarding: attending deposition of Plaintiff | 0.20 200.00/hr | 40.00 |
| For professional services rendered | | $480.00 |

K. FERRAZZANI

Page    2

| | Amount |
|---|---|
| Previous balance | $1,458.24 |
| Balance due | $1,938.24 |

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

(781) 455-0707

Invoice submitted to:

K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

September 25, 2006

Invoice #18355

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/14/2006 | SC | Miscellaneous<br>Telephone Conference with Attorney Carter regarding: production of discovery prior to deposition of Plaintiff | 0.10<br>125.00/hr | 12.50 |
| | JPK | Miscellaneous<br>Email to Court regarding: transfer to magistrate | 0.10<br>125.00/hr | 12.50 |
| 8/15/2006 | SC | Miscellaneous<br>Began review of discovery documents/ deposition transcripts from Plaintiff's corresponding personal injury case for preparation for Plaintiff's deposition | 1.90<br>125.00/hr | 237.50 |
| | SC | Miscellaneous<br>Drafted letter to Attorney Carter regarding: producing outstanding discovery responses | 0.40<br>125.00/hr | 50.00 |
| | JPK | Miscellaneous<br>Begin review of file in preparation for deposition of Plaintiff; Telephone Conference with client Ferrazzani regarding: status of deposition and trial | 1.10<br>125.00/hr | 137.50 |
| 8/17/2006 | JPK | Miscellaneous<br>Conference with client Ferrazzani regarding: deposition of Plaintiff; Review file in preparation for deposition of Plaintiff | 2.20<br>125.00/hr | 275.00 |
| 8/18/2006 | SC | Miscellaneous<br>Began legal research regarding: effect of CWOF on false arrest claim | 0.20<br>125.00/hr | 25.00 |

K. FERRAZZANI

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/18/2006 | SC | Miscellaneous | | |
| | | Telephone Conferences with Attorney Carter regarding: production of discovery and issues with Plaintiff's upcoming deposition | 0.40 125.00/hr | 50.00 |
| | SC | Miscellaneous | | |
| | | Drafted/ received emails to/from Attorney Gambiccini regarding: effect of CWOF on false arrest claim | 0.20 125.00/hr | 25.00 |
| 8/21/2006 | SC | Miscellaneous | | |
| | | Completed review of Plaintiff's deposition from Rizzuti case and other documents for deposition preparation | 2.60 125.00/hr | 325.00 |
| | SC | Miscellaneous | | |
| | | Attended deposition of Plaintiff | 5.40 125.00/hr | 675.00 |
| 8/22/2006 | SC | Miscellaneous | | |
| | | Telephone Conference with Attorney Akerson regarding: effect of CWOF on false arrest claim | 0.10 125.00/hr | 12.50 |
| 8/23/2006 | SC | Miscellaneous | | |
| | | Telephone Conference with Clerk's Office at Chelsea District Court regarding: obtaining copies of plea and docket | 0.10 125.00/hr | 12.50 |
| | SC | Miscellaneous | | |
| | | Drafted letter to Chelsea District Court requesting copies of plea and docket | 0.40 125.00/hr | 50.00 |
| 8/25/2006 | SC | Miscellaneous | | |
| | | Telephone Conference with Sue of Attorney Carter's Office regarding: rescheduling depositions of clients Ferrazzani and MacKenzie | 0.10 125.00/hr | 12.50 |
| 8/28/2006 | SC | Miscellaneous | | |
| | | Telephone Conference with clients Ferreazzani and Mackenzie regarding: depositions | 0.10 125.00/hr | 12.50 |
| | SC | Miscellaneous | | |
| | | Telephone Conference with Sue of Attorney Carter's Office regarding: deposition date | 0.10 125.00/hr | 12.50 |
| 8/29/2006 | SC | Miscellaneous | | |
| | | Telephone conference with client Mackenzie regarding: deposition preparation and status of case | 0.20 125.00/hr | 25.00 |
| | SC | Miscellaneous | | |
| | | Telephone Conference with client Ferrazzani regarding: deposition preparation | 0.20 125.00/hr | 25.00 |
| | SC | Miscellaneous | | |
| | | Telephone Conference with Susan of Attorney Carter's office regarding: deposition date | 0.10 125.00/hr | 12.50 |

K. FERRAZZANI

Page     3

| | | | Hours | Amount |
|---|---|---|---|---|
| For professional services rendered | | | 16.00 | $2,000.00 |
| Additional Charges : | | | | |
| | | | Qty/Price | |
| 8/15/2006 Law | $Postage | Postage | 1 | 1.95 |
| | | | 1.95 | |
| Law | Document Reproduction | Document Reproduction | 10 | 2.50 |
| | | | 0.25 | |
| 8/21/2006 Law | Document Reproduction | Document Reproduction | 54 | 13.50 |
| | | | 0.25 | |
| Total additional charges | | | | $17.95 |
| Total amount of this bill | | | | $2,017.95 |
| Previous balance | | | | $1,938.24 |
| Balance due | | | | $3,956.19 |

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

(781) 455-0707

Invoice submitted to:

K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

October 18, 2006

Invoice #18424

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/5/2006 | JPK | Miscellaneous<br>Receive and review notice from Court regarding:  trial date | 0.10<br>125.00/hr | 12.50 |
| 9/8/2006 | SC | Miscellaneous<br>Drafted letter to clients regarding:  trial notice and preparation | 0.20<br>125.00/hr | 25.00 |
| | SC | Miscellaneous<br>Drafted letter to clients Ferrazani and MacKenzie regarding:  depositions and preparation | 0.20<br>125.00/hr | 25.00 |
| 9/11/2006 | SC | Miscellaneous<br>Telephone Conferences with Chris at Chelsea District Court regarding: status of document request | 0.10<br>125.00/hr | 12.50 |
| | SC | Miscellaneous<br>Telephone Conference with Lenny Kesten regarding:  photos from personal injury case and regarding:  addresses for witnesses | 0.10<br>125.00/hr | 12.50 |
| | SC | Miscellaneous<br>Researched internet for current addresses for witnesses | 0.40<br>125.00/hr | 50.00 |
| | SC | Miscellaneous<br>Began review of deposition transcripts of witnesses Craig Fabich and Nicholas Piscitelli for possible use at trial | 0.50<br>125.00/hr | 62.50 |
| | SC | Miscellaneous<br>Telephone Conference with Attorney Akerson regarding:  obtaining addresses for witnesses | 0.10<br>125.00/hr | 12.50 |

K. FERRAZZANI                                                                                    Page     2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/11/2006 | SC | Miscellaneous<br>Reviewed subpoenas for witnesses McDonald and Piscitelli | 0.10<br>125.00/hr | 12.50 |
| 9/12/2006 | SC | Miscellaneous<br>Receive and review of Plaintiff's criminal case information from Chelsea District Court | 0.10<br>125.00/hr | 12.50 |
| | SC | Miscellaneous<br>Continued research regarding:  preclusive effect of a CWOF on false arrest claim | 0.30<br>125.00/hr | 37.50 |
| 9/13/2006 | BR | Miscellaneous<br>Prepare for and deposition preparation of Mackenzie | 1.70<br>125.00/hr | 212.50 |
| | BR | Miscellaneous<br>Draft voir dire; Draft jury instructions; Draft motion in limine regarding: experts | 3.60<br>125.00/hr | 450.00 |
| | SC | Miscellaneous<br>Attended deposition preparation of client MacKenzie | 1.90<br>125.00/hr | 237.50 |
| | SC | Miscellaneous<br>Telephone Conference with Attorney Pam Fitzgerald regarding:  obtaining address for witness Joseph Rizzuti and photos from accident scene | 0.10<br>125.00/hr | 12.50 |
| 9/14/2006 | BR | Miscellaneous<br>Telephone Conference with Hennigan regarding:  deposition preparation; Trial preparation including review of answers to Interrogatories, client's statements, Pre-trial orders and motions and initial formualtion of likely order of witnesses, lines of attck by Plaintiff and responses | 2.90<br>125.00/hr | 362.50 |
| | BR | Miscellaneous<br>Office conference with Ferrazani to prepare for deposition; Review part of Plaintiff deposition; Review police report | 3.10<br>125.00/hr | 387.50 |
| 9/15/2006 | JB | Miscellaneous<br> Draft Motion to Continue Trial | 0.90<br>125.00/hr | 112.50 |
| | BR | Miscellaneous<br>Attend deposition of Ferrazzani  in Boston | 8.40<br>125.00/hr | 1,050.00 |
| 9/18/2006 | BR | Miscellaneous<br>Attend deposition of McKenzie | 5.40<br>125.00/hr | 675.00 |
| | BR | Miscellaneous<br>Conference call to Plaintiff's Attorney regarding:  trial date, depositions and witnesses; Telephone Conference with Court regarding:  trial date; Analyze and begin to prepare defense of allegations that Defendants interfered with Plaintiff's ability to defend criminal case and Personal Injury case; Receive and review letter from Plaintiff regarding:  witnesses | 1.70<br>125.00/hr | 212.50 |

K. FERRAZZANI                                                                                           Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/18/2006 | TMB | Miscellaneous<br>Telephone Conference with Lieutenant Paul Hennigan regarding: case status; Telephone Conference with Plaintiff's Counsel; Telephone Conference with Federal Court regarding: Motion to Continue; Review of Motion to Continue | 1.30<br>125.00/hr | 162.50 |
|  | BR | Miscellaneous<br>Telephone Conference with Attorney Kesten regarding: civil suit against Plaintiff for accident; Draft 4 motions in limine | 2.10<br>125.00/hr | 262.50 |
| 9/19/2006 | BR | Miscellaneous<br>Message to Smith regarding: trial; Receive and review 2 ecf notices regarding: motions and trial; Message to Ferrazani regarding: trial; Office conference with Hennigan regarding: deposition preparation; Draft Notice of Appearance | 2.10<br>125.00/hr | 262.50 |
|  | JPK | Miscellaneous<br>Receive and review Order of Court regarding: trial continuance | 0.10<br>125.00/hr | 12.50 |
| 9/20/2006 | BR | Miscellaneous<br>Message to witness Rizzutti regarding: trial; Telephone Conference with Rizzutti regarding: his testimony; Telephone Conference with Ferrazani regarding: trial and witnesses; Telephone Conference with Plaintiff's Attorney regarding: depositions | 1.10<br>125.00/hr | 137.50 |
| 9/21/2006 | BR | Miscellaneous<br>Telephone Conference with Attorney Fitzgerald regarding: Personal Injury suit against Book; Telephone Conference and messages to witnesses regarding: trial (3x) | 0.60<br>125.00/hr | 75.00 |
| 9/22/2006 | BR | Miscellaneous<br>Receive and review deposition notices for Smith and Hennigan | 0.20<br>125.00/hr | 25.00 |
| 9/25/2006 | BR | Miscellaneous<br>Draft letter to Plaintiff regarding: missing discovery, late disclosure of experts and failure to itemize damage including review of rules and file to support assertions in letter | 1.40<br>125.00/hr | 175.00 |
|  | BR | Miscellaneous<br>Telephone Conference with Smith regarding: his involvement, trial and deposition preparation; Telephone Conference with Plaintiff's Attorney regarding: depositions | 0.80<br>125.00/hr | 100.00 |
| 9/26/2006 | BR | Miscellaneous<br>Read and annotate part of Piscatelli deposition | 2.10<br>125.00/hr | 262.50 |
|  | BR | Miscellaneous<br>Telephone Conference with witness McDonald regarding: his testimony | 0.60<br>125.00/hr | 75.00 |

K. FERRAZZANI

Page    4

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/26/2006 BR | Miscellaneous<br>ecf notice regarding:  discovery  schedule | 0.10<br>125.00/hr | 12.50 |
| BR | Miscellaneous<br> Review court docket regarding:  extension of discovery schedule | 0.20<br>125.00/hr | 25.00 |
| 9/27/2006 BR | Miscellaneous<br>Ecf notices regarding:  trial date; Receive and review pictures and animation of accident | 0.50<br>125.00/hr | 62.50 |
| 9/28/2006 BR | Miscellaneous<br>Telephone Conference with Plaintiff's office regarding:  depositions; Review part of Piscatelli deposition | 0.60<br>125.00/hr | 75.00 |
| 9/29/2006 BR | Miscellaneous<br>Telephone Conference with Hennigan regarding:  his deposition | 0.20<br>125.00/hr | 25.00 |
| | For professional services rendered | 45.90 | $5,737.50 |

Additional Charges :

| | | Qty/Price | |
|---|---|---|---|
| 9/8/2006 Law | $Postage<br>Postage | 1<br>2.34 | 2.34 |
| Law | Document Reproduction<br>Document Reproduction | 6<br>25.00 | 150.00 |
| 9/12/2006 Law | $Postage<br>Postage | 1<br>0.63 | 0.63 |
| Law | Document Reproduction<br>Document Reproduction | 7<br>0.25 | 1.75 |
| 9/13/2006 Law | Document Reproduction<br>Document Reproduction | 11<br>0.25 | 2.75 |
| 9/14/2006 Law | $Postage<br>Postage | 1<br>0.39 | 0.39 |
| 9/15/2006 Law | $Travel<br>Deposition in Boston (Parking $39, Tolls $3, 35 mi x .36= $12.60) | 1<br>54.60 | 54.60 |
| 9/18/2006 Law | $Travel<br>Deposition in Boston (Parking $39, Tolls $3, 35 mi x .36= $12.60) | 1<br>54.60 | 54.60 |
| 9/20/2006 Law | $Postage<br>Postage | 1<br>0.78 | 0.78 |

K. FERRAZZANI

Page     5

| Date | | Description | | Qty/Price | Amount |
|------|--|-------------|--|-----------|--------|
| 9/20/2006 | Law | Document Reproduction | | 10 | 2.50 |
| | | Document Reproduction | | 0.25 | |
| 9/26/2006 | Law | $Postage | | 1 | 2.70 |
| | | Postage | | 2.70 | |
| | Law | Document Reproduction | | 45 | 11.25 |
| | | Document Reproduction | | 0.25 | |

Total additional charges       $284.29

Total amount of this bill       $6,021.79

Previous balance       $3,956.19

Balance due       $9,977.98

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA  02494

(781) 455-0707

Invoice submitted to:

K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

November 20, 2006

Invoice #18493

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/2/2006 | BR | Miscellaneous<br>office conference with George Smith to prepare for deposition | 1.50<br>125.00/hr | 187.50 |
|  | BR | Miscellaneous<br>Review and annotate deposition of Book from PI case | 2.80<br>125.00/hr | 350.00 |
| 10/4/2006 | BR | Miscellaneous<br>Telephone Conference with Plaintiff regarding:  depositions | 0.20<br>125.00/hr | 25.00 |
|  | BR | Miscellaneous<br>Second Telephone Conference with Plaintiff's office regarding:<br>deposition schedule | 0.20<br>125.00/hr | 25.00 |
|  | BR | Miscellaneous<br>Two Telephone Conference with Ferrazzani regarding:  depositions | 0.40<br>125.00/hr | 50.00 |
|  | BR | Miscellaneous<br>Read and annotate Book's deposition taken in this case | 4.90<br>125.00/hr | 612.50 |
|  | BR | Miscellaneous<br>Third Telephone Conference with Plaintiff regarding:  depositions | 0.20<br>125.00/hr | 25.00 |
| 10/5/2006 | BR | Miscellaneous<br>Prepare for deposition of Mrs. Book | 1.10<br>125.00/hr | 137.50 |
| 10/6/2006 | BR | Miscellaneous<br>Take deposition of Mrs. Book and attend deposition of Henningan and<br>Smith | 6.00<br>125.00/hr | 750.00 |

K. FERRAZZANI

Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/6/2006 BR | Miscellaneous | 0.30 | 37.50 |
|  | Telephone Conference with Mike Halpin regarding:  trial and settlement | 125.00/hr | |
|  | For professional services rendered | 17.60 | $2,200.00 |
|  | Additional Charges : | | |

|  |  | Qty/Price |  |
|---|---|---|---|
| 10/4/2006 Law | $Sheriff | 1 | 65.10 |
|  | Essex County Sheriff's Department | 65.10 | |
| Law | $Deposition | 1 | 724.50 |
|  | Carol Fierimonte Court Reporter | 724.50 | |
| Law | $Sheriff | 1 | 83.40 |
|  | Suffolk County Sheriff's department | 83.40 | |
| 10/5/2006 Law | $Postage | 1 | 0.39 |
|  | Postage | 0.39 | |
| 10/23/2006 Law | $Postage | 1 | 1.35 |
|  | Postage | 1.35 | |
| Law | Document Reproduction | 50 | 12.50 |
|  | Document Reporduction | 0.25 | |
| 10/24/2006 Law | $Postage | 1 | 1.35 |
|  | Postage | 1.35 | |

| | |
|---|---|
| Total additional charges | $888.59 |
| Total amount of this bill | $3,088.59 |
| Previous balance | $9,977.98 |
| Balance due | $13,066.57 |

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, MA 02494

(781) 455-0707

Invoice submitted to:

K. FERRAZZANI
Joseph Book v. Dept. State Police, et al
United States District Court
Civil Action No. 04-CV-11557-RCL

December 28, 2006

Invoice #18555

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2006 | BR | Miscellaneous<br>Review part of Fabich deposition | 0.40<br>125.00/hr | 50.00 |
| 11/2/2006 | BR | Miscellaneous<br>Notice deposition of John Book and draft subpoena | 0.20<br>125.00/hr | 25.00 |
| | BR | Miscellaneous<br>Attempt to locate Michael Book | 0.20<br>125.00/hr | 25.00 |
| | BR | Miscellaneous<br>Draft letter to Attorney Carter regarding: dismissal of Hennigan,McKenzie and Smith | 0.40<br>125.00/hr | 50.00 |
| | BR | Miscellaneous<br>Draft Motion to Preclude Introduction of Damages evidence and medical records | 1.40<br>125.00/hr | 175.00 |
| | BR | Miscellaneous<br>Draft rule 7.1 certification for Motion to Preclude | 0.40<br>125.00/hr | 50.00 |
| 11/3/2006 | BR | Miscellaneous<br>Four ecf notices regarding: Motion to Preclude Testimony | 0.20<br>125.00/hr | 25.00 |
| 11/8/2006 | BR | Miscellaneous<br>Research and attempt to locate witness Piscatelli | 0.80<br>125.00/hr | 100.00 |
| | BR | Miscellaneous<br>Receive and review letter from Plaintiff regarding: depositions; Message to Plaintiff's Attorney regarding: depositions; Telephone Conference with | 0.40<br>125.00/hr | 50.00 |

K. FERRAZZANI

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Plaintiffs Attorney's Office regarding:  deposition | | |
| 11/8/2006 | BR | Miscellaneous<br>Telephone Conference with Ferrazzani regarding:  depositions and witnesses | 0.20<br>125.00/hr | 25.00 |
| | BR | Miscellaneous<br>Draft notice of deposition and subpoena for John Book;  Draft letter to counsel regarding:  rescheduling depositions | 0.40<br>125.00/hr | 50.00 |
| 11/9/2006 | BR | Miscellaneous<br>Office conference with clients regarding:  status and witnesses | 0.50<br>125.00/hr | 62.50 |
| | BR | Miscellaneous<br>Prepare for and take deposition of John Book | 2.00<br>125.00/hr | 250.00 |
| 11/14/2006 | BR | Miscellaneous<br>Telephone Conference with Rizutti regarding:  his testimony | 0.40<br>125.00/hr | 50.00 |
| | BR | Miscellaneous<br>Telephone Conference with Attorney Carter's Office regarding: deposition | 0.20<br>125.00/hr | 25.00 |
| | BR | Miscellaneous<br>Telephone Conference with witness Piscatelli; Message to Attorney Carter regarding:  Piscatelli deposition | 0.50<br>125.00/hr | 62.50 |
| | BR | Miscellaneous<br>Outline issues for Trial Brief | 0.40<br>125.00/hr | 50.00 |
| | BR | Miscellaneous<br>Telephone conference with client regarding:  witnesses (2x) | 0.40<br>125.00/hr | 50.00 |
| | AM | Miscellaneous<br>Researched relevant case law in preparation for Trial Brief | 1.70<br>125.00/hr | 212.50 |
| 11/15/2006 | JB | Miscellaneous<br>Telephone Conference with client Smith regarding:  trial | 0.30<br>125.00/hr | 37.50 |
| | AM | Miscellaneous<br>Continued research in preparation for Trial Brief; Began drafting Brief | 3.70<br>125.00/hr | 462.50 |
| 11/16/2006 | AM | Miscellaneous<br>Completed research and Trial Brief | 6.50<br>125.00/hr | 812.50 |
| | AM | Miscellaneous<br>Continued research of relevant statutes and case law for Trial Brief | 2.00<br>125.00/hr | 250.00 |
| 11/17/2006 | BR | Miscellaneous<br>Prepare for and take deposition of Michael Book | 2.70<br>125.00/hr | 337.50 |

K. FERRAZZANI                                                                                      Page     3

|            |     |                                                                                                                                                                          | Hrs/Rate | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 11/17/2006 | BR  | Miscellaneous<br>Work on issues for Trial Brief including limitation of damages                                                                                           | 0.50<br>125.00/hr | 62.50  |
|            | TMB | Miscellaneous<br>Telephone Conference with George Smith; Office conference with Attorney Brian Rogal regarding:  trial preparation; Review depositions of George Smith, Paul Hennigan and Al McKenzie | 4.80<br>125.00/hr | 600.00 |
|            | JB  | Miscellaneous<br>Telephone conference with client MacKenzie regarding:  trial                                                                                             | 0.20<br>125.00/hr | 25.00  |
| 11/20/2006 | BR  | Miscellaneous<br>Office conference with Kurt to prepare for trial                                                                                                         | 2.80<br>125.00/hr | 350.00 |
|            | BR  | Miscellaneous<br>Edited and revised voir dire and jury instructions                                                                                                       | 0.90<br>125.00/hr | 112.50 |
|            | BR  | Miscellaneous<br>Telephone Conference with McKenzie regarding:  trial; Three Telephone Conferences to Attorney Carter's office regarding:  deposition of Piscatelli       | 0.80<br>125.00/hr | 100.00 |
|            | BR  | Miscellaneous<br>Two Telephone Conferences from Judge's clerk regarding:  status and filing Pre-trial documents; Telephone Conference with Attorney Carter regarding:  Trial Briefs and deposition | 0.60<br>125.00/hr | 75.00  |
|            | BR  | Miscellaneous<br>Additional research on issues for trial Brief including specifically failure to investigate claim and revise and edit Trial Brief                        | 6.40<br>125.00/hr | 800.00 |
|            | AM  | Miscellaneous<br>Continued additional legal research regarding:  failure of police to investigate, failure to conduct proper investigation                               | 2.00<br>125.00/hr | 250.00 |
|            | TMB | Miscellaneous<br>Review case material in preparation for trial; Review deposition of Plaintiff and Defendants                                                             | 4.60<br>125.00/hr | 575.00 |
| 11/21/2006 | TMB | Miscellaneous<br>Conference with Attorney Martin regarding:  Motion to Dismiss; Draft correspondence to ; Conference with Attorney Brian Rogal; Further review of case materials in preparation for  trial | 4.30<br>125.00/hr | 537.50 |
|            | TMB | Miscellaneous<br>Office conference with clients, Al MacKenzie and Lieutenant Paul Hennigan;Telephone Conference with Plaintiff's Counsel and Judge Lindsay                | 2.00<br>125.00/hr | 250.00 |
|            | AM  | Miscellaneous<br>Researched law regarding:  MGL chapter 263, Section 3: Hall v. Ochs; Mullen v. Falmouth, on issue of liability of assisting, non-arresting officers      | 3.80<br>125.00/hr | 475.00 |

K. FERRAZZANI                                                                                          Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | for purposes of Motion to Dismiss and Motion for Required Finding | | |
| 11/21/2006 | BR | Miscellaneous<br>Conference Call with judge regarding:  Pre-trial issues | 0.70<br>125.00/hr | 87.50 |
| | BR | Miscellaneous<br>Two Telephone Conferences from Clerk regarding:  Pre-trial conference | 0.40<br>125.00/hr | 50.00 |
| | BR | Miscellaneous<br>Two Telephone Conference from Carter regarding:  Pre-trial issues; Fax to Carter regarding:  evidence | 0.60<br>125.00/hr | 75.00 |
| | BR | Miscellaneous<br>Revise and research trial brief to address qualified immunity, use of admission to sufficient facts, and damages claims, statement of facts, malicious prosecution, and failure to investigate as constitutional claims | 4.70<br>125.00/hr | 587.50 |
| | BR | Miscellaneous<br>Draft, edit and revise four Motions in Limine | 2.60<br>125.00/hr | 325.00 |
| | BR | Miscellaneous<br>Receive and review 6 ecf notices regarding:  filing of motions, jury instructions and briefs | 0.40<br>125.00/hr | 50.00 |
| | BR | Miscellaneous<br>Revise and expand jury instructions | 0.70<br>125.00/hr | 87.50 |
| | BR | Miscellaneous<br>Receive and review Plaintiff's jury instructions | 0.40<br>125.00/hr | 50.00 |
| 11/22/2006 | BR | Miscellaneous<br>Telephone Conference with witness Demanche | 0.30<br>125.00/hr | 37.50 |
| | BR | Miscellaneous<br>Trial preparation including review of documents and pleadings; Begin outline of opening, prepare for conference with judge on legal issues | 4.60<br>125.00/hr | 575.00 |
| | BR | Miscellaneous<br>Receive and review Plaintiff's trial brief;  Two ecf notices regarding:  trial brief and jury instructions | 0.60<br>125.00/hr | 75.00 |
| | AM | Miscellaneous<br>Completed Motion to Dismiss and Motion for Required Finding for McKenzie on issue of joint liability | 3.50<br>125.00/hr | 437.50 |
| 11/24/2006 | TMB | Miscellaneous<br>Review depositions of Paul Hennigan, Al McKenzie and Kurt Ferrazzani;Review deposition transcripts of Joseph Book and Mrs. Book | 3.00<br>125.00/hr | 375.00 |

K. FERRAZZANI                                                                                    Page     5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/24/2006 TMB | Miscellaneous | Review transcript of Officer Rizzutti;Review trial memorandum; Review of Hall v. Ochs for argument on Motion to Dismiss | 4.60 125.00/hr | 575.00 |
| 11/26/2006 BR | Miscellaneous | 4 ecf notices from Plaintiff regarding: Opposition to Motion in Limine and supplemental jury Instructions and download and review oppositions and instructions | 1.20 125.00/hr | 150.00 |
| BR | Miscellaneous | Read Ferrazzani's deposition and note areas of cross examination | 3.40 125.00/hr | 425.00 |
| BR | Miscellaneous | Trial preparation including draft opening, cross examination of Book and direct of Ferrazzani and review of documents and pleadings to draft cross examination, direct and opening | 4.80 125.00/hr | 600.00 |
| BR | Miscellaneous | Telephone Conference with Piscatelli regarding: testifying; Email to Carter regarding: Piscatelli deposition | 0.50 125.00/hr | 62.50 |
| TMB | Miscellaneous | Begin draft of Opening Statement and Cross examination of Plaintiffs and his proposed witnesses; Review Plaintiff's Motions in Opposition to Our Motion in Limine and oppositions to Motion to Dismiss; Telephone Conference with Attorney Brian Rogal (2x) | 5.30 125.00/hr | 662.50 |
| 11/27/2006 BR | Miscellaneous | Telephone Conference with Piscatelli regarding: testimony | 0.20 125.00/hr | 25.00 |
| TMB | Miscellaneous | Day 1 of Trial: Travel to and appearance at Federal District Court, Judge Lindsay regarding: Commencement of trial; Lobby Conference regarding: evidentiary issues and Motion to Dismiss; Empanelment of Jury; Subsequent Conference with client, co-Defendants and Lieutenant Paul Hennigan | 6.50 125.00/hr | 812.50 |
| TMB | Miscellaneous | Review issues related to instructions on BAC testimony; Office conference with Attorney Brian Rogal;Review Plaintiff's trial memorandum and Instruction Manual on Breathalyzer machines | 3.20 125.00/hr | 400.00 |
| BR | Miscellaneous | Research OUI law and effect of breathalyzer reading and draft proposed supplemental jury instruction | 5.50 125.00/hr | 687.50 |
| BR | Miscellaneous | Attend first day of trial | 6.50 125.00/hr | 812.50 |
| BR | Miscellaneous | Receive and review email from Attorney Carter regarding: witnesses and reply; Ecf notice regarding: Plaintiff Supplemental Memorandum on | 0.60 125.00/hr | 75.00 |

K. FERRAZZANI

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | damages and review memorandum | | |
| 11/27/2006 | BR | Miscellaneous<br>Telephone Conference with witness Rizzutti regarding:  his testimony | 0.30<br>125.00/hr | 37.50 |
| | BR | Miscellaneous<br>Research cases cited by Plaintiff related to subsequent acts | 0.60<br>125.00/hr | 75.00 |
| 11/28/2006 | BR | Miscellaneous<br>Prepare for next day of trial including review of McDonald's notes, message to her, read depositions of Michael Book and Joseph Book, Jr. and draft their cross examination and cross examination of Helena Book | 6.80<br>125.00/hr | 850.00 |
| | BR | Miscellaneous<br>Ecf notice regarding:  clerks notes of trial | 0.10<br>125.00/hr | 12.50 |
| | TMB | Miscellaneous<br>Day 2 of Trial: Travel to and appearance at Federal District Court regarding:  continuation of Trial;  Preparation for next day | 7.40<br>125.00/hr | 925.00 |
| | BR | Miscellaneous<br>Prepare for and attend Day 2 of trial | 6.50<br>125.00/hr | 812.50 |
| 11/29/2006 | TMB | Miscellaneous<br>Day 3 of Trial: Travel to and appearance at Federal District Court regarding:  Continuation of Trial; Conference with clients; Preparation for the next day | 6.80<br>125.00/hr | 850.00 |
| | AM | Miscellaneous<br>Researched law on right to arrest for Operating to Endanger and misdemeanors for issues raised during trial | 0.80<br>125.00/hr | 100.00 |
| | BR | Miscellaneous<br>Revise Rizzuti subpoena; Message to witness McDonald regarding:  trial | 0.20<br>125.00/hr | 25.00 |
| | BR | Miscellaneous<br>Telephone Conference with witness Rizutti;  Receive and review CORI information on witness Piscatelli | 0.60<br>125.00/hr | 75.00 |
| | BR | Miscellaneous<br>Day 3 of trial | 7.00<br>125.00/hr | 875.00 |
| | BR | Miscellaneous<br>Prepare for day four including refine cross examination of remaining Plaintiff witnesses, draft Motion for Judgment as a matter of law | 2.70<br>125.00/hr | 337.50 |
| 11/30/2006 | TMB | Miscellaneous<br>Day 4 of Trial: Travel to and appearance at Federal District Court regarding:  Continuation of Trial;  Preparation for the next day | 9.80<br>125.00/hr | 1,225.00 |

K. FERRAZZANI

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/30/2006 | BR | Miscellaneous<br>Prepare for day five of trial including review of Rizzutti deposition, prepare questions for Rizzutti and review questions for Ferrazzani and McKenzie, search for student dwi manual on SP website as claimed by Plaintiff's Attorney; Telephone Conference with Hennigan regarding: alleged manual | 4.80<br>125.00/hr | 600.00 |
| | BR | Miscellaneous<br>Telephone Conference to reach McDonald | 0.10<br>125.00/hr | 12.50 |
| | BR | Miscellaneous<br>Day 4 of trial | 6.50<br>125.00/hr | 812.50 |
| | BR | Miscellaneous<br>Draft proposed curative instruction | 0.70<br>125.00/hr | 87.50 |
| 12/1/2006 | TMB | Miscellaneous<br>Day 5 of Trial: Travel to and appearance at Federal District Court before Judge Lindsay regarding: Trial of case; Meet with clients before and after trial; Telephone Conference with Lieutenant Paul Hennigan | 7.60<br>125.00/hr | 950.00 |
| | BR | Miscellaneous<br>Day five of trial; Receive and review 4 ecf notices regarding: clerk's notes and document filing | 6.70<br>125.00/hr | 837.50 |
| 12/3/2006 | BR | Miscellaneous<br>Prepare for day 6 of trial including annotation of Ferrazzani deposition and revision of questions for him | 3.40<br>125.00/hr | 425.00 |
| 12/4/2006 | BR | Miscellaneous<br>Read and annotate Smith deposition and prepare direct examination questions of him | 2.30<br>125.00/hr | 287.50 |
| | BR | Miscellaneous<br>Day 6 of Trial; Prepare for and attend scheduling Conference | 10.00<br>125.00/hr | 1,250.00 |
| | TMB | Miscellaneous<br>Day 6 of Trial: Travel to and appearance at Federal District Court regarding: Continuation of Trial; Testimony of Kurt Ferrazzani; Subsequent Charging Conference with Judge Lindsay regarding: jury instructions | 10.40<br>125.00/hr | 1,300.00 |
| 12/5/2006 | BR | Miscellaneous<br>Day 7 of Trial; Review and revise questions for Ferrazzani | 8.40<br>125.00/hr | 1,050.00 |
| | BR | Miscellaneous<br>Research punitive damages case cited by Plaintiff | 0.40<br>125.00/hr | 50.00 |

K. FERRAZZANI

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/5/2006 BR | Miscellaneous | Receive and review 5 ecf notices regarding:  clerk's reports, Motion to Amend, Jury instructions | 0.30 125.00/hr | 37.50 |
| BR | Miscellaneous | Prepare closing | 4.80 125.00/hr | 600.00 |
| TMB | Miscellaneous | Day 7 of Trial: Travel to and appearance at Federal District Court regarding:  Continuation of Trial;  Testimony of Kurt Ferrazzani and Lieutenant Paul Hennigan;Conference with Court and clients | 7.80 125.00/hr | 975.00 |
| 12/6/2006 TMB | Miscellaneous | Day 8 of Trial: Travel to and appearance at Federal Court for Continuation of Trial;  Closing arguments, Jury Charge and Deliberations | 10.60 125.00/hr | 1,325.00 |
| BR | Miscellaneous | Day 8 of Trial | 10.60 125.00/hr | 1,325.00 |
| 12/7/2006 TMB | Miscellaneous | Day 9 of Trial:  Travel to and appearance at Federal District Court  for Continuation of jury Deliberations;  Conference with clients | 7.30 125.00/hr | 912.50 |
| BR | Miscellaneous | Day 9 of trial | 7.30 125.00/hr | 912.50 |
| | For professional services rendered | | 284.40 | $35,550.00 |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 11/1/2006 Law | $Sheriff | Suffolk County Sheriff's Department | 1 80.40 | 80.40 |
| Law | $Sheriff | Essex County Sheriff's Department | 1 65.10 | 65.10 |
| 11/2/2006 Law | $Postage | Postage | 1 0.78 | 0.78 |
| 11/10/2006 Law | $Deposition | Loreen Hollingsworth Court Reporter | 1 637.20 | 637.20 |
| Law | $Postage | Postage | 1 0.39 | 0.39 |
| 11/15/2006 Law | $Postage | Postage | 1 3.03 | 3.03 |

K. FERRAZZANI

| | | | Qty/Price | Amount |
|---|---|---|---|---|
| 11/15/2006 | Law | Document Reproduction<br>Document Reproduction | 127<br>0.25 | 31.75 |
| | Law | $Transcripts<br>Loreen Hollingsworth Court Reporter Transcript of deposition of Kurt Ferrazzani | 1<br>1,116.80 | 1,116.80 |
| 11/16/2006 | Law | $Federal Exp.<br>FedEx | 1<br>11.56 | 11.56 |
| 11/21/2006 | Law | Document Reproduction<br>Document Reproduction | 10<br>0.25 | 2.50 |
| 11/22/2006 | Law | $Postage<br>Postage | 1<br>0.39 | 0.39 |
| | Law | Document Reproduction<br>Document Reproduction | 121<br>0.25 | 30.25 |
| 11/27/2006 | Law | $Deposition<br>Carol Fierimonte Court Reporter | 1<br>196.00 | 196.00 |
| | Law | Document Reproduction<br>Document Reproduction | 38<br>0.25 | 9.50 |
| | Law | $Parking<br>Parking $9.00 | 1<br>9.00 | 9.00 |
| | Law | $Sheriff<br>Middlesex Sheriff Department service upon Wade Demanche | 1<br>42.90 | 42.90 |
| | Law | $Transcripts<br>Carol Fierimonte Court Reporter transcript of Deposition of Michael Book | 1<br>210.00 | 210.00 |
| | Law | $Misc<br>Westlaw Research | 1<br>41.48 | 41.48 |
| 11/28/2006 | Law | $Parking<br>Parking $9.00 | 1<br>9.00 | 9.00 |
| | Law | Document Reproduction<br>Document Reproduction | 273<br>0.25 | 68.25 |
| 11/29/2006 | Law | $Parking<br>Parking $9.00 | 1<br>9.00 | 9.00 |
| 11/30/2006 | Law | $Parking<br>Parking $9.00 | 1<br>9.00 | 9.00 |

K. FERRAZZANI

| | | | Qty/Price | Amount |
|---|---|---|---|---|
| 12/1/2006 Law | $Parking Parking $9.00 | | 1 9.00 | 9.00 |
| 12/4/2006 Law | $Parking Parking $9.00 | | 1 9.00 | 9.00 |
| 12/5/2006 Law | $Parking Parking $9.00 | | 1 9.00 | 9.00 |
| 12/6/2006 Law | $Parking Parking $9.00 | | 1 9.00 | 9.00 |
| 12/7/2006 Law | $Parking Parking $9.00 | | 1 9.00 | 9.00 |
| | Total additional charges | | | $2,629.28 |
| | Total amount of this bill | | | $38,179.28 |
| | Previous balance | | | $13,066.57 |
| | Balance due | | | $51,245.85 |